```
 1  Alan A. Dressler, Esq. (SBN 56916)
    1390 N. McDowell Blvd., Ste. G # 312
 2  Petaluma, CA 94954-7104

 3  Tel.  (415) 421-7980
    Fax  (415) 421-7021
 4  E-Mail: alandressler@aol.com

 5  Attorney for Defendant
    Robert Jesus Blancas
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR Nos. 21-00105-1; 21-00121-2 VC |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING DATE FOR SENTENCING |
| ROBERT JESUS BLANCAS, | ) |
| Defendant. | ) |

STIPULATION

The United States of America and defendant Robert Blancas, by and through their respective counsel, and with the agreement of United States Probation, hereby stipulate that:

1.  Defendant Blancas entered guilty pleas in the above-entitled cases on August 23, 2021.

2.  Both cases are presently set for sentencing on December 6, 2021 at 1:00 p.m.

3.  Defense counsel has advised the government and U.S. Probation that he seeks to obtain employment and other records, and interview witnesses and family members in other locations in the United States, as part of its sentencing investigation in this case. Additionally,

counsel is in the process of locating expert witnesses who may provide opinions to the Court regarding the context in which the offenses took place. In light of the foregoing, the defense requests additional time to complete the sentencing investigation.

    4.    Based on the foregoing, the parties, with the agreement of U.S. Probation, stipulate that the December 6, 2021 sentencing hearing be vacated and re-set for March 3, 2022 at 1:00 p.m.

Dated: October 22, 2021        Respectfully submitted,

                                    /s/
                              Alan A. Dressler
                              Attorney for Defendant
                              Robert Blancas

                                    /s/
                              Eric Cheng/Frank Riebli
                              Assistant U. S. Attorneys

[PROPOSED] ORDER

FOR GOOD CAUSE, and pursuant to the stipulation of the government and defendant Robert Jesus Blancas, with the agreement of U.S. Probation, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for December 6, 2021 is vacated, and re-set for March 3, 2022 at 1:00 p.m.

IT IS SO ORDERED.

Dated:

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

Stipulation and Order
21-105-1&21-121 VC