Alan A. Dressler, Esq. (SBN 56916)
1390 N. McDowell Blvd., Ste. G # 312
Petaluma, CA 94954-7104

Tel.  (415) 421-7980
Fax  (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant
Robert Jesus Blancas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR Nos.  21-00105-1; 21-00121-2 VC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING |
| ROBERT JESUS BLANCAS, | |
| Defendant. | |

## STIPULATION

The United States of America and defendant Robert Blancas, by and through their respective counsel, with the agreement of United States Probation, hereby stipulate that:

1. Defendant Blancas entered guilty pleas in the above-entitled cases on August 23, 2021.

2. Both cases are presently set for sentencing on March 3, 2022 at 1:00 p.m.

3. The presentence interview with U.S. Probation, which was set for January 14, 2022, was cancelled because Mr. Blancas' unit went into quarantine shortly before it was to take place.

1      4.      Mr. Blancas was released from quarantine on January 25, 2022 and we are in the
2                   process of re-scheduling the presentence interview.
3      5.      Additionally, the defense has been attempting to obtain employment, educational
4                   and other records, and interviews of witnesses who reside in Massachusetts,
5                   Tennessee, various locations in Texas, and the Bay Area. This investigation has
6                   been slowed by the Omicron outbreak and has not been completed as of this date.
7      6.      Based on the foregoing, the parties, with the agreement of U.S. Probation,
8                   stipulate that the March 3, 2022 sentencing hearing be vacated and re-set for
9                   April 14, 2022 at 1:00 p.m.

Dated:                            Respectfully submitted,

                                   /s/
                          Alan A. Dressler
                          Attorney for Defendant
                          Robert Blancas

                                   /s/

                          Frank Riebli
                          Assistant U. S. Attorney

                                   /s/

                          Eric Cheng
                          Assistant U. S. Attorney

[PROPOSED] ORDER

FOR GOOD CAUSE, and pursuant to the stipulation of the government and defendant Robert Jesus Blancas, with the agreement of U.S. Probation, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for March 3, 2022 is vacated, and re-set for April 14, 2022 at 1:00 p.m.

IT IS SO ORDERED.

Dated: _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

Stipulation and Order
21-105-1&21-121 VC                    3