Alan A. Dressler, Esq. (SBN 56916)
1390 N. McDowell Blvd., Ste. G # 312
Petaluma, CA 94954-7104

Tel.  (415) 421-7980
Fax  (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant
Robert Jesus Blancas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR Nos.  21-00105-1; 21-00121-2 VC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING |
| ROBERT JESUS BLANCAS, | |
| Defendant. | |

## STIPULATION

The United States of America and defendant Robert Blancas, by and through their respective counsel, with the agreement of United States Probation, hereby stipulate that:

1. Defendant Blancas entered guilty pleas in the above-entitled cases on August 23, 2021.
2. Both cases are presently set for sentencing on April 14, 2022 at 1:00 p.m.
3. The Court has recently granted an order authorizing the defense to retain an expert witness to assist counsel in the preparation of a report which will likely be relied upon at sentencing.

4. Counsel has been advised by the expert witness that he/she cannot complete the necessary investigation authorized by the Court in time for counsel to review the report and include it as part of Mr. Blancas' sentencing memorandum.

5. Additionally, the defense has been attempting to obtain employment, educational and other records, and interviews of witnesses who reside in Massachusetts, Tennessee, various locations in Texas, and the Bay Area. This investigation has been slowed by the Omicron outbreak and is almost completed as of this date.

6. Based on the foregoing, the parties, with the agreement of U.S. Probation, stipulate that the April 14, 2022 sentencing hearing be vacated and re-set for June 27, 2022 at 1:00 p.m.

Dated: March 27, 2022            Respectfully submitted,

                                 /s/
                                 Alan A. Dressler
                                 Attorney for Defendant
                                 Robert Blancas

                                 /s/

                                 Eric Cheng
                                 Assistant U. S. Attorney

                                 /s/

                                 Frank Riebli
                                 Assistant U. S. Attorney

### [PROPOSED] ORDER

FOR GOOD CAUSE, and pursuant to the stipulation of the government and defendant Robert Jesus Blancas, with the agreement of U.S. Probation, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for April 14, 2022 is vacated, and re-set for **????**, 2022 at 1:00 p.m.

IT IS SO ORDERED.

Dated: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

Stipulation and Order
21-105-1&21-121 VC                              3