# Exhibit A

## NUSS & ASSOCIATES

**Investigation and Mitigation**                                              **Cheryl Nuss**

343 Soquel Avenue #11, Santa Cruz, CA 95062
PHONE: (831) 345-5871   FAX: (831) 427-7595
EMAIL: cherylnuss@gmail.com
CA License PI21386

TO:        Alan Dressler

FROM:    Cheryl Nuss

SUBJECT:  **Karen Blancas**

RE:        USA v. Robert Blancas

DATE:      November 16, 2021

### Karen Lynn Blancas

On the above date I interviewed Karen Blancas by telephone. She is the mother of Robert Blancas. I identified myself and explained the purpose of the interview. Ms. Blancas provided the following:

Karen Blancas is married to Mark Blancas and together they have two children, Leslie and Robert.

Karen described herself growing up as an "Army brat." Her father was a Lt. Colonel in the Army, a chemical engineer. They lived for a while in Huntsville, Alabama, where her father worked at the space center. After leaving the Army, Karen's father worked for Rockwell International, where he worked on the first space shuttle. He passed away when Karen was 15 years old.

After her father's death, the family moved to Anaheim Hills, California, where she met her husband, Mark. Karen 's older sister Debra Blancas, who was 18, went to school with Mark's older brother, Rick Blancas. Debra wanted to go out on a boat with Rick, and Karen and Debra's mother said she would allow it only if Debra brought her younger sister along, Karen, who was 16 years old. Debra was mad that she had to bring her little sister along, so she told her boyfriend's brother Mark, "You have to babysit her." Karen said that she and Mark still joke about that.

Karen and Mark began dating. At age 17, she was engaged; at age 18 they moved in together; at age 19 they bought their first house; and at age 20 they had their first child, Robert's older sister Leslie, who was born in 1984, two years after Karen and Mark married. Robert, who Karen mostly calls "Bobby," and

sometimes "Bob," was born in 1987.

Karen said that there were no complications during her pregnancy with Bobby. He was delivered by emergency cesarian because of the umbilical cord was wrapped around his neck, causing his heart rate to drop in half.

Karen said that the first house that she and Mark bought was in Garden Grove California. They stayed there until Leslie was two years old, and then moved to Norco, California, where they lived when Bobby was born. Karen described Norco as a cute little town, a horse community, in Riverside County. Karen said that residents all donate several feet in the front of their property for community horse trails. While living in Norco, the family went horseback riding every weekend, Karen carrying six-month old Bobby in a baby backpack. Karen and Mark were part of a riding club called Saddle Sore Riders, which had over 100 members. Mark was president of the club at one point. They would go on rides together on the weekends and have dinners together. Karen said that the club was like family to them; they had a lot of friends. While living in Norco, Mark worked at the Los Angeles Times, in the pressroom. He helped to integrate computers with the press equipment. Karen was a stay-at-home mom, by choice. She and Mark didn't want somebody else raising their children.

The family lived in Norco until 1993, when Bobby was six years old. Karen believes that he went to kindergarten in Norco, but doesn't remember the name of the school. The family moved from Norco to Colorado so that Mark could take a job at the Rocky Mountain News, where he worked in pressroom operations. They settled in Pine, Colorado, a small town in the mountains about 30 minutes outside of Denver. They lived on 2.5 acres, with a hill that the kids could sled on in the winter. Bobby and Leslie spent a lot of time outside. Bobby attended Elk Creek Elementary School. Karen worked part time in the cafeteria of Leslie's middle school. While living in Colorado, Bobby began playing Peewee football, with Mark coaching the team. They lived in Pine for four years.

When Bobby was in about the fifth or sixth grade, the family moved to Crowley, Texas. They lived on a 10.5-acre farm, with chickens, horses, and a pool – plenty of outdoor activity for the kids. Bobby finished elementary school (she can't remember the name of it, maybe Riverdale) and then began attending H.F. Stevens Middle School. While in junior high, Bobby was knocked out during a football practice after being hit in the head. Bobby came out and told Karen what had happened – that his head was hit and he lost consciousness. Karen was mad that the coach didn't even call her, and went over to yell at him.

The family stayed in Crowley as Bobby finished high school at Crowley High School, and then went away to college.

Karen said that Bobby was a great kid. He played Peewee football, was outgoing, had a lot of friends and was a jokester. He was a lot of fun. Bobby mostly hung out with his friends in groups. He didn't have friends over to the

house because Karen insisted that he clean his room before having friends come over. Karen stressed that he was not a loner.

Bobby began playing the trumpet in the ninth grade and participated in the school band through high school. Karen said that while Bobby was in high school, she became the mom who was not cool anymore. She had started working at the high school and was the band aide to band teacher Mr. Salazar. Both Leslie and Bobby were in the band. Karen made a point of telling her kids that she didn't want to intrude into their lives at school, but that she would wait for them to come to her if they wanted to. One day during lunch, when Bobby was in the tenth grade, he walked over to see him mom in the room she was working in. He got put on detention for allegedly hanging out in the hallway during the lunch period. Karen argued with the principal, explaining that Bobby was only coming to see his mom, and got the incident expunged from his school records. She said that that incident changed her relationship with Bobby; she wasn't cool anymore.

In high school, Bobby was interested in tech stuff. He joined the robotics club and the computer programing club. He got in with a group of kids who all thought that they were super smart, too smart for school. One day Bobby came home and said that he had things all figured out, explaining that he didn't need to study anymore. All he needed to do was pass the tests, as he could get a C and still pass. From then on, there was a struggle with Bobby's grades. Before, he had done really well in school, with very good grades.

Karen said that in high school, Bobby was interested in computers, but he wasn't in the house playing video games or on the computer for hours. Karen kept the kids busy with other activities. Bobby had football on Fridays and after-school band practice. He was swimming in their pool, and horseback riding. Bobby spent time with his grandparents, as Mark's parents had moved close to them.

Karen recalls that when Bobby and Leslie were younger, they played some video games together as a family – Contra and Mario Bros. When Bobby got older there were arguments because Karen and Mark didn't allow him to play shooting games like Grand Theft Auto, even though Bobby argued that all of his friends had the game. Karen and Mark restricted what Bobby watched on TV, not allowing him to watch the Simpsons.

Karen said that they all shared one family computer; Bobby didn't have a computer in his room. As far as Karen knows, Bobby was not looking at pornography or doing anything inappropriate on the computer.

It continued to be a struggle to get Bobby to do his school work. Because Karen worked at the high school and knew the teachers, they would come to her and let her know what was going on with his schoolwork. Bobby saw his mom as checking up on him, which he didn't like. Because his grades were suffering, Karen and Mark told Bobby that he had to choose between band and football. At the last minute, during senior year, Bobby decided that he wanted to graduate

with honors. Karen looked into it and found that he could do it, but he needed to take a couple of college classes. Bobby attended one semester at the local community college in Crowley, attempting to graduate from high school with honors, but he wasn't able to attain that goal.

During high school, the Blancas family hosted a German foreign exchange student for a year, Max. He and Bobby were very close, like brothers.

There was a college that Bobby wanted to attend in Ft. Worth *[Karen can't remember the name]*. They went to visit and Bobby was told that his SAT scores were off the chart. They said that if he had done better in high school, they would have given him a full scholarship.

Karen explained that what they did with both of their kids was to encourage them to apply for scholarships for college, and if they could get enough to cover half of the tuition, Karen and Mark would pay for the other half. They wanted their kids to have ownership of college. Leslie worked hard to get scholarships for college, but Bobby did not, so he was not able to attend the college in Ft. Worth. Instead, he went to Weatherford College, a community college, where he received a jazz band partial scholarship. Karen and Mark gave Bobby money to cover the rest of his college expenses, as Bobby wanted to be independent and pay it directly.

While Bobby was home for Christmas, a bill came in the mail for college tuition. It turned out that Bobby had spent the money they gave him on other things – video games and computer equipment. Mark was so angry that he said, "That's it," but Karen convinced him that they should give Bobby a second and only chance. They had Bobby sign a loan document stating that once he was able, he would pay back the money he spent. They again gave Bobby money to pay his tuition. Bobby said he would make it up to them by getting a job at a grocery store (she believes it was Kroeger.) One day there was a hail storm, and Bobby didn't have a car, so Karen went to the store to pick him up, but he wasn't there. Bobby didn't like that, accusing her of checking up on him. Bobby wanted independence and any kind of parent authority was not welcome.

Bobby attended two semesters at Weatherford College, taking general education classes. Unfortunately, he again spent his tuition money on other things, about $2,000 to $3,000 total. Rather than face the music with his parents, Bobby moved in with his aunt, Robin Blancas, Mark's younger sister. That caused a rift in the family, as Karen and Mark felt that she was enabling Bobby by letting him sleep on her couch instead of coming home to face the consequences of what he had done, and live with the family's rules. Robin kind of raised Bobby for a couple of years, saving him from any rules. Karen and Mark had no communication with Bobby during that time, describing it as "tough love." Karen felt that Bobby needed to come home and apologize for what he had done.

Bobby decided to move to Boston, because a friend of his was moving there. Karen and Mark began talking to him intermittently. Bobby said that he was going

to start a new chapter in Boston. He called Mark and said that he wanted to go back to college, to attend culinary school. Karen and Mark paid part of the cost for him to attend Le Cordon Bleu College of Culinary Arts and Bobby covered the rest with student loans, co-signed by Karen and Mark. Bobby was also working in high-end restaurants in the Boston area and he seemed to find his stride. He started talking with Karen and Mark again, and communication was nice. Karen described it as Bobby coming back into the fold.

During the time that Bobby was in Boston, Mark fell off a horse and broke all of his ribs. Karen and Mark had moved to Tennessee by then. Karen told Bobby that he should stay in Boston, as he was doing really well there, but he insisted on coming to help out. Mark was incapacitated for six months, using a walker to walk, and could not do any of the farm work. Bobby came home and helped with everything. In addition to helping with taking care of his father, he was a big help on the farm – mowing, taking care of the horses by cleaning the stalls and feeding them, whatever needed to be done. He also got a job at a local restaurant, although was not that happy with it because it was not the high-end type of restaurant that he was used to working in. Bobby's sister Leslie was also living at home, working as a vet tech. Mark's injury brought them together as a family.

In the second year of Bobby living back at home, he and Leslie decided to move together to California. Karen's sister Debra Blancas lived in San Francisco with her husband Rick, and Leslie had always wanted to live with her cousin, Debra's daughters Jenny and Kathy. Kathy was already married by then, but Leslie decided to move to California to live with Jenny, and talked Bobby into going along. They were both tired of the farm life. Karen doesn't remember exactly when that was, but somewhere between two and four years ago.

Bobby and Leslie moved into a house with Jenny, who works in the science lab at UC Berkeley. Karen doesn't remember the name of the town where they lived, but it was across the Bay from San Francisco. Leslie works as a vet tech in Berkeley.

Karen said that Leslie and Bobby ended up having a disagreement with Jenny's boyfriend Robert, a stubborn person, and that's when things started to go south. Leslie and Bobby moved to an apartment in San Bruno. Bobby had been working in restaurants on the wharf in San Francisco, but wasn't making enough money to cover his share of the rent. Leslie was carrying him for a while, but got tired of that. Bobby bought an RV.

Bobby had a girlfriend, Ashley, who he had been with for about two years. Ashely got accepted to a medical program in Chicago or Cincinnati *[she can't remember but knows it starts with a C]* and they decided to go to there together and live in the RV, to save money. The packed up and were on their way, but the RV broke down. A bumper fell off shortly after leaving San Francisco. Ashley's mother was not happy with the situation and had a fit about it. She flew Ashely to Chicago (or

Cincinnati.) Bobby parked the RV in front of Ashley's mother's house and lived there in his RV, helping her with remodeling projects at her house, including putting in walls and putting in a water heater. Bobby was calling his father to ask how to do some of these things. Bobby still planned to join Ashely, but needed to save money to fix it the RV. Then the pandemic hit, affecting restaurants and Bobby's ability to work. He had no money to fix the RV and was basically stuck there.

During the time that Bobby was living in the RV, which ended up being months, he called Karen one night, scared. It was during the time of the Black Lives Matter protests and Bobby said that the protesters were getting closer to him, and he was afraid. "How close?" she asked. "Close," he said. Karen tried to convince him to leave and get out of there, but Bobby said that he couldn't. "I'm surrounded." Bobby said that he heard police sirens, but didn't think they'd be able to come to where he was, as they were too busy. He seemed scared, like he was feeling very unsafe and trapped. That was around the same time that Bobby said he bought a flak jacket, and he had a gun. Karen said that growing up, Bobby was exposed to guns. Mark had guns and showed the kids the power of them by taking them out to shoot milk bottles.

When Karen told Bobby she was concerned about him having a gun, he said that he was going on camping trips with a group of guys, and they were teaching him gun safety. Karen asked who these guys were and Bobby responded that they were guys who had been in the military. At the time, Karen didn't think anything of it.

Karen said that she and Bobby didn't talk politics, as Bobby is the kind of person who always tries to change your mind, but Bobby would put his points of view out on Facebook. When asked what those points of view were, she said that Bobby always described himself as a Libertarian. Bobby likes to argue about politics. He's very ideological.

Karen said that she never had any kind of conversation with Bobby about sex, role playing, or anything regarding sex-related at all. She said that's just not something they talked about. Both of her kids think she's a prude.

Karen never met Ashely, but did have some light-hearted conversations with her. She searched up Ashely on Facebook, and saw that she had some photos of her with Bobby, date night type pictures, so Karen friended her. Karen said that she had turned Bobby's page off while he was in culinary school when he was posting photos of the animals they butchered.

Karen said that she doesn't believe Bobby had a girlfriend in high school. She doesn't know about college. Bobby was very protective of his dating life. That's not something he wanted to talk about with his mom.

Ashely broke up with Bobby after the FBI came and searched, as Ashely's mom

Karen Blancas interview
Page 7 of 7

did not want any part of that. After the breakup, Bobby seemed upset, and was drinking a lot. Whenever Karen had FaceTime calls with Bobby, he had a drink in his hand. She saw a bottle of whisky. Bobby made it sound like the drinking was not a big deal, but Karen was concerned.

Karen was shocked when she heard of the charges against Bobby, as she can't see him doing something like that. He has never been one to go after girls, or do anything like that.

When asked to describe Bobby's maturity level, Karen said that she would describe him as immature. But he is a good person. Karen believes that Bobby is a victim of circumstance. He had just lost his girlfriend, and he couldn't leave California. Karen said that they offered him the money to leave, but Bobby said no, he wanted to do it on his own.

End of report

# Exhibit D

## NUSS & ASSOCIATES

**Investigation and Mitigation**                                    **Cheryl Nuss**

343 Soquel Avenue #11, Santa Cruz, CA 95062
PHONE: (831) 345-5871   FAX: (831) 427-7595
EMAIL: cherylnuss@gmail.com
CA License PI21386

TO:         Alan Dressler

FROM:       Cheryl Nuss

SUBJECT:    **Jennifer Blancas**

RE:         USA v. Robert Blancas

DATE:       April 25, 2022

### Jennifer Blancas

On the above date, I interviewed Jennifer Blancas by telephone. She is Robert Blancas's first cousin, and provided the following:

Jennifer Blancas works as a lab manager at University of California at Berkeley, overseeing the lab management of the wet lab that studies the herpes virus. She was a theater major in college, focusing on stage management. After earning a bachelor's degree, she worked in theater until 2009, then returned to college to study biotechnology. Jennifer is the single mother of two sons: eight-year-old Ethan and two-year-old Allan.

Jennifer is a cousin of Robert Blancas, through both her mother and father. Her mother, Debra, is the sister of Robert's mother Karen. And Jennifer's father, Richard, is the brother of Robert's father Mark.

Jennifer is about six years older than Robert, who she refers to as "Bobby," despite him telling her, "Call me Robert now." She has a younger sister, Kathryn Fischer, born December 3, 1983, who is close in age to Bobby's older sister Leslie. For the first six or so years of Jennifer's life, she grew up very close to her cousins, as Bobby's mother Karen used to babysit Jennifer and her sister while their parents worked. Jennifer's parents were both employed by the postal service, and Karen was a stay-at-home mom. Bobby's father worked at newspapers. Jennifer's family lived in Corona, California, and Bobby's family lived in nearby Norco, which Jennifer explained is short for North Corona.

In 1987, Jennifer's family moved to the Bay Area, so they no longer saw each other on a daily basis. In 1991, Jennifer's family moved back to Corona, and they

were again close with Bobby's family for a year or two until Bobby's family moved to Colorado, then to Texas and later to Tennessee.

Jennifer said that she remembers seeing Karen pregnant with Bobby, and remembers seeing him as a baby, though she has clearer memories from when he was a little older. Jennifer remembers that Bobby was always a loving kid who, because he was the youngest of the group, was always vying for attention. He'd call out to Jennifer's mother, "Aunt Debba, watch me," and then would perform some kind of tumble or trick. Or he'd be eager to show everyone a toy that he thought was cool. He loved sharing everything with his family.

Jennifer said that she and her sister, and Bobby and Leslie, would get dropped off at their paternal grandparents' house in Lake Havasu for two or three weeks in the summer. Jennifer's grandparents were Hector and Marlene, and Hectors' mother, Margaret, also lived there, so they'd spend time with her. That was a way for the cousins to connect even when they weren't living close to each other.

Bobby's family moved to Colorado and then to Texas when Bobby was nine or ten years old. Jennifer's family moved to Florida in 1994. With the family so spread out, it was difficult to all get together like they used to. Sometimes they would all take a trip together, like to New Orleans when Bobby was nine or ten years old. Jennifer remembers how Bobby was all about gathering "treasures" on that trip. He had some cargo pants with a bunch of pockets and would fill them with everything he found – a rock, a shell, the hotel stationary. When they went out for dinner and ate frogs' legs, Bobby kept the frog bones in one of his pockets. By the end of the trip, his pants were so heavy they were dragging. Bobby was a kid who was always interested in everything.

Jennifer said that in her opinion, Bobby and Leslie suffered when they moved to Colorado and Texas because they no longer had family around. Karen and her mother were estranged. Later, Jennifer's paternal grandparents were having health problems, so they relocated, along with their daughter Robin, from Lake Havasu to Crowley, Texas, where Bobby's family was living.

Jennifer said that Bobby used to be a pretty outgoing kid, but as they moved to new places, he seemed to turn inward. Leslie told Jennifer that when the lived in Pine, Colorado, they were a half hour away from the closest grocery store. It was socially isolating, as they were too far away from any friends Bobby and Leslie might have. They were just at the house with each other, left to their own devices on the land, riding horses, bikes, running around. There was a balcony adjacent to the kitchen where Karen could keep an eye on them, but if she was busy doing something, stuff would happen, like when Leslie rode her bike down the driveway hill and crashed.

Once they moved to Texas, they lived closer to other kids, but the complication was that Karen worked at the high school and she was a busy body. All of the kids at the school knew her and would tell her everything that Bobby and Leslie

were doing, which made it difficult socially for them. Another difficulty was that Bobby and Leslie were ostracized due to the heavily-Christian culture where they lived. Bobby's parents were atheist or agnostic, so they didn't fit it. Karen kept the kids busy, Bobby in band and football, and Leslie in winter guard (color guard) but Leslie has always had weight issues, so she couldn't do the dancing part of the activity.

At home, Bobby liked video games, race cars, putting together models, and puzzles. He had a PS2 and a PS3 that he played video games on. One game was called Spore, with a character that started as an amoeba but would grow into other beings, based on the cycles of evolution. Bobby had an engineering mind. He was fascinated with combustion. His parents were terrified when he said one time that he wanted to be a pyrotechnician.

Although Jennifer didn't see Bobby as frequently during the high school years, she'd sometimes visit over the summer or at Thanksgiving. Bobby was like a younger brother. They'd play Dance, Dance, Revolution when she visited. Whenever she asked what he wanted for birthdays, Bobby would say video games. He was also a voracious gamer at the time.

When Bobby went off to college, and later to Boston, where he studied at Le Cordon Blue, Jennifer didn't have contact for a while, as she was busy with her theater career. She did hear about Bobby's father falling off a horse he was training, landing on his back, which caused major injury to his ribs and punctured his lung. Leslie was living with her parents at the time. As a veterinarian technician, she was able to translate the medical jargon to her mother, and when Mark came home from the hospital after basically having his chest rebuilt, Leslie understood the rehab. But she was working fulltime and there was also the farm work that needed to be done, so she called Bobby in Boston to say, "I need help." Bobby left his culinary career behind, packed up his stuff and moved to Tennessee to help his family.

Jennifer explained that Bobby's father Mark is as stubborn as a mule, and it was challenging to get him to do some of his physical therapy. He was supposed to blow into a tube to exercise his lungs, but was refusing to do it. He's the dominant one in the family, so his wife Karen didn't really push him, but Leslie and Bobby did, which created tension. Also, living with their parents was not rent free. Bobby and Leslie had to contribute to the expenses on the farm, so both were working – Bobby in a restaurant and Jennifer as a vet tech - as well as taking care of their father and the farm. When family tensions got too high, Leslie told Bobby, "Peace, I'm out, you coming?" and made plans to leave. Leslie called Jennifer and said that she wanted to move back to California, that she was done with the parents, and was bringing Bobby.

In California, Jennifer had been living with her partner Robert (who she refers to as "my Robert" to distinguish him from her cousin) and their two-year-old son Ethan. The three of them, plus Bobby, Leslie and a friend they brought from

Tennessee, Alex, all got a house together in Bay Point.[1] Bobby got a job cooking at a restaurant in San Francisco, Coqueta, and Leslie got a job as a veterinarian technician. Jennifer's partner Robert was a stay-at-home dad. They all lived together for about 11 months, July 2015 through May 2016.

There were some tensions living together. They hadn't set up a plan for sharing the chores, so it was "catch as catch can." Bobby worked swing shift at the restaurant, leaving around noon and returning at midnight. Leslie worked nights, gone 8 pm to 8 am, and Jennifer left for work at 8 a.m., returning at 7 or 8 p.m., so there wasn't a lot of time when they were all together during the work week. On weekends, when Jennifer was home, she noted that Bobby was in his room a lot, playing video games. Bobby also built a relationship with Ethan, introducing him to a cartoon character who cooked.

Jennifer said that her partner Robert would butt heads with both Bobby and Leslie over Ethan, as there were different philosophies about child raising, and that contributed to the tension. Jennifer's partner Robert would smoke marijuana to the point where he was "out of it," and not attending to Ethan, so Ethan would go into Bobby's or Leslie's room. They were often asleep, so they'd turn on cartoons on Netflix, like Kung Fu Panda or Book of Life, for Ethan to watch. Jennifer's partner Robert would have conflicts with them about that. Bobby and Leslie would call out Robert, "If you paid more attention to him instead of smoking yourself silly, that wouldn't happen. You need to be more responsible."

There was also tension because of Alex, the 22-year-old friend Bobby and Leslie brought along to California. Bobby had met Alex in the service industry in Tennessee. He was only supposed to stay with them in Bay Point for one month, but that dragged on. He stayed in Bobby's room with Bobby, but then finally did move out. There were money tensions as well. The rent for the house was $2,200 and Bobby did pay his part, a quarter of the rent, but didn't budget his money well and always seemed to come up short when it was time to pay the utilities, despite Leslie's reminders. Bobby complained that Leslie was acting like his mother.

Bobby started having his girlfriend Ashley stay overnight. She lived with her mother in Hayward, but then spent all of her weekends at the Bay Point house. Leslie also resented that Bobby was letting Ashely stay in his room without Leslie's approval.

Because of the tensions in the house, Jennifer and her partner Robert started making plans to move out, to live with one of Jennifer's co-workers. Bobby got wind of that and invited Alex back to live with them at Bay Point, so then there were three people staying in Bobby's room – Bobby, Ashely and Alex. They weren't the tidiest people and the garbage would pile up; it smelled.

---

[1] Located in the East Bay region of the San Francisco Bay Area, west of Pittsburg and northeast of Concord.

Bobby had a long commute to San Francisco from Bay Point, an hour to an hour and a half each way. His shift at the restaurant ended at midnight and because of where they lived in Bay Point, between two Bart stations, the walk home was either two miles or two and a half miles. Sometimes he took Uber, but at that time Uber was very expensive. He wanted to move closer to the city.

With Jennifer and Bobby both wanting to move out of Bay Point, Leslie was stressed because she didn't want to lose the house, which had a big yard. She had a dog and a cat, and it's hard to find another place to rent with animals. Finally, she did find a place on San Bruno Avenue in San Francisco, and she, Bobby and Alex all moved in there together, which Ashely also living there by proxy. When Bobby, Leslie, Alex and Ashley moved out from Bay Point, a lot of garbage was left behind, which Jennifer and Robert had to clean up. That hurt Jennifer's relationship with Bobby and they didn't see each other for over a year. Jennifer, her partner Robert, and Ethan, moved into Robert's parents' house.

Regarding Bobby's social life, Jennifer said that shortly after they all started living together at Bay Point, Bobby talked about being on the dating site Tinder. He mentioned that he was polyamorous. On his days off, he'd frequently saying he was going into the city to meet up with somebody, so don't expect him back until late. Jennifer said that she thought of him basically as a "male slut."

Bobby began dating Ashley, who was also polyamorous. They had an open relationship. Besides Bobby, Ashley had another regular sexual partner. Both Ashley and Bobby were into BDSM[2] role play. Jennifer knew this because Ashley had a collar that was used for dominance-submissive role playing. Ashely would also brag, maybe for shock value, that she and Robert would have sex in their bedroom with Alex watching. Jennifer said that they were all consenting adults, and nobody was getting hurt, so she didn't care what they were doing. They kept it all away from Ethan, locking their bedroom door.

Jennifer said that she never heard Bobby say anything about interest in under-age girls, and she saw no signs of him being involved with under-age girls. From what she saw and heard, she assumed that his partners were all age appropriate. Ashely was the only sexual partner that Bobby brought home, and she was age appropriate.

After the household at Bay Point broke up, Jennifer would hear about Bobby from Leslie. Leslie said that Ashley liked to dress up as a baby for role playing with Bobby. Ashely was applying to either medical or pre-med programs and was accepted to one in Cincinnati. Bobby's plan was to buy an RV, drive Ashley to

[2] Per Wikipedia, **BDSM** is a variety of often erotic practices
or roleplaying involving bondage, discipline, dominance and submission, sadomasochism, and other related interpersonal dynamics.

her new school in Cincinnati, and then continue on to Boston so that he could get back into working as a chef. At the time, Bobby was still working at Coqueta in San Francisco. Bobby went to Texas to buy an RV, counting on his Aunt Robin, who lived there, to help him with the money to buy it. The RV was old, a 1985 fixer-upper, and it broke down outside of Las Vegas. Bobby was trying to get it fixed, but it all took time. He had exhausted his leave from work and they wanted to know when he would be back. Bobby said that he didn't know, and he understood if they had to let him go, which they did.

Around the same time, Leslie was moving out of the San Bruno place. That had been a stressful place after Bobby left. Ashley was still there and didn't feel like she should have to pay a third of the rent. Leslie moved out and rented a room from a person named Tia. At this time, Jennifer was seven months pregnant with her second son Allan.

Bobby got back to California with the RV and he and Ashley started packing for the trip across country. Ashley decorated the RV, giving it a woman's touch. They started driving, taking Ashely's sister along, as they were going to drop her off somewhere on the way. They were towing a trailer, which was attached to the bumper of the RV instead of to a tow bar. When Bobby drove over a speed bump in Barstow, the bumper fell off. Ashley's sister got hysterical and Ashley also freaked out, calling her mom to pick them up. Jennifer said that either her dad or her Aunt Robin went down to rescue the RV, which then got parked outside of Ashley's mom's house. Robert lived in the RV by himself, as Ashley's mother flew Ashley to Cincinnati. Robert no longer had a job, but was doing gig work at different restaurants. Jennifer still didn't have contact from Robert at this time, but heard from family what he was doing.

Jennifer and Leslie decided to get an apartment together, at 870 38th Avenue. Jennifer's partner Robert moved in with his parents to help them. Bobby started calling Leslie, and they were working on repairing their relationship. It had been at least a year since the fallout at Bay Point, and Jennifer decided that she also wanted to have a relationship with Bobby again. She missed him. Bobby offered to come over and teach Ethan how to make tortillas. Ethan was really happy to see his uncle again and they had a great time making tortillas together.

That night or the next night, Jennifer's parents were babysitting her boys while she worked. It was during shelter in place, and at the lab they were limiting the number of people that could be there. Jennifer went in at 7 p.m. and returned home at 5 a.m. Just as she had fallen asleep, around 5:45 a.m. on August 6, 2020, "the Feds" breached the apartment. Bobby was sleeping in Leslie's room, hanging out there until she got home from working all night.

Federal agents broke down the front door frame, set off flash bangs and were pointing guns. Thankfully, Leslie's Doberman was in a crate in the kitchen. Jennifer was called into the dining room and Bobby was taken into her bedroom for interrogation. Jennifer contacted Leslie and told her what was happening, and

that she couldn't come home. The agents stayed until about noon or 1 p.m., and then took Bobby with them. Bobby was released from custody and came home about 8 p.m., cold because he had no jacket when arrested. He said that he barely made it back because they only gave him a $5 Bart card and they had kept his phone and wallet, so he had nothing.

Jennifer and Leslie had a heart-to-heart talk with Bobby and he told them he had nowhere to go, and had nothing. They decided to let him sleep on the couch. Bobby was very grateful and did everything he could to repay their generosity. He did all of the cooking, and also took care of Jennifer's kids, Ethan and Allan, while she was working or sleeping. Ethan was in the second grade at the time and was doing online school because of the pandemic. Bobby helped Ethan with his homework and also had Ethan help him cook dinner, letting him help measure and stir. He taught Ethan how to set the table correctly, and that was Ethan's job every night before dinner, along with asking each person what they would like to drink. Bobby also took care of baby Allan, who was eight or nine months old, basically doing whatever needed to be done for him. He had "the patience of a saint" with both boys. Because Allan was just a baby and couldn't talk, he would get frustrated, so Bobby helped teach him sign language so that he could communicate his needs. When Ethan got frustrated about his homework, Bobby would sit down and problem solve with Ethan, getting him to think about different approaches, trying to diffuse the frustration Ethan was feeling.

Bobby stayed with Jennifer and Leslie for about four months, until the next FBI raid. Jennifer said that she and Bobby would connect watching Animae shows and B-rated horror movies, eating popcorn. During that time, Bobby was very humbled and reflective, trying to figure out what happened. It seemed that Bobby's arrest was because of his association with the Boogaloo Boys, the guys Bobby would go camping with. It was Jennifer's understanding that they would go out into the woods and play out different scenarios, while Bobby was the one who cooked for them.

Bobby had also mentioned a guy named Ledbetter[3] in Oklahoma, who he learned about through Facebook. Bobby said that Ledbetter was exposing dirty cops who were part of a pedophilia ring, and was now being bullied by the police because he was bringing awareness of what the cops were doing. Bobby felt sorry for him, and started a fan page to post updates. That has always been part of Bobby's personality, trying to help people.

---

[3] Per Facebook page titled Christopher Ledbetter Needs Our Help, there is a June 26, 2020 post that reads: Christopher has pled guilty to the charge of owning an illegal machine gun, sentencing will be soon. As I stated before, this group will continue to work on exposing the pedophilia and misconduct of Mcloud and surrounding law enforcement agencies that caused this whole chain of events in the first place. People are still getting harassed by various agencies for speaking out and our goal is to end that and bring those affected justice.

While Bobby was staying with them, Jennifer would hear him talk with Ashley and another girl on FaceTime. He would be on there for hours, as apparently the girl would have really bad nightmares and Bobby would stay on the line while she slept so that he'd be there to calm her down if she had a nightmare. He did that a lot, probably three times a week. After dinner, he would call her from the living room. They'd talk before she went to sleep and then he'd be there in case she woke up from a nightmare. Jennifer said that she was within earshot sometimes, but she didn't listen in on them. After the whole thing with Ashley, Jennifer didn't want to know about Robert's sex life. What she heard sounded like boyfriend/girlfriend stuff like, "How are you doing?" There was no Kink while she was in the room.

Jennifer said that she thinks she saw the girl one time through FaceTime, but her head was on a pillow and it fuzzy and dark. She couldn't tell how old the girl was, but there was nothing that stood out that gave indication that she was underage. One time Ethan came into the living room while Bobby was FaceTiming her and asked, "Who's that?" Bobby introduced them.

Since Bobby's arrest, Jennifer has had regular contact with him. She and Leslie were visiting him in person until the jail discontinued that because of COVID. Robert calls on Sunday nights and they talk. He is really into drawing right now and Jennifer sends him postcards through the Ameelio app so that he can draw Batman, Spider Man, Iron Man and Scooby Do. Bobby is also trying to improve himself mentally, taking classes in Awareness and Meditation. He's very interested in woodwork and hopes that he will be able to serve his sentence at a facility he found with a woodworking program.

Bobby wants to create wood table tops for the game Dungeons and Dragons. He is a D&D master and has been organizing other inmates in his housing unit, creating campaigns.[4] Robert has always had an amazing imagination. Before he was arrested, he was interested in creating a campaign based on the Mexican-American War. He was researching Mexican folklore and the different Gods, wanting to create characters that would interact in a supernatural way. He was researching the United States in the 1800's and also thinking about a pre-Civil War scenario as well, again interjecting the supernatural in his storyline. Bobby had notebooks filled with his research. He likes hobbies that use his imagination. Bobby is not the kind of person that just goes to work and cooks. He has another 12 hours to fill and loves to use his imagination.

---

[4] Per Wikipedia, In role-playing games, a **campaign** is a continuing storyline or set of adventures, typically involving the same characters. The purpose of the continuing storyline is to introduce a further aspect into the game: that of development, improvement, and growth (or degeneration) of the characters In a campaign, a single session becomes a scene or an act within an overall story arc. At its inception, a campaign may or may not have a defined conclusion. A campaign, by definition, spans multiple playing sessions. Some game aspects commonly remain constant throughout a campaign: the campaign setting, the players, and the gamemaster. The gamemaster for a campaign is said to *run* the campaign.

Jennifer Blancas interview
Page 9 of 9

Asked if she had anything else to add that I had not asked about, Jennifer said that, "We all love Bobby." She feels that he got more involved in a situation where he didn't have the "wherewithal" to put the brakes on. "Bobby has a good heart, full of love," she said. "His actions were not intended to hurt anyone."

 End of report.

# Exhibit E

# NUSS & ASSOCIATES

**Investigation and Mitigation**                                    **Cheryl Nuss**

343 Soquel Avenue #11, Santa Cruz, CA 95062
PHONE: (831) 345-5871   FAX: (831) 427-7595
EMAIL: cherylnuss@gmail.com
CA License PI21386

TO:          Alan Dressler

FROM:        Cheryl Nuss

SUBJECT:     **Mark Blancas**

RE:          USA v. Robert Blancas

DATE:        November 18, 2021

### Mark Christopher Blancas

On the above date I interviewed Mark Blancas by telephone. He is the father of Robert Blancas. I identified myself and explained the purpose of the interview. Mr. Blancas provided the following:

Mark Blancas is married to Karen Blancas and together they have two children, Leslie and Robert. Mark refers to his son Robert as "Bob."

Mark currently works as an operations manager for a small company that does heavy rigging - moving printing presses and other large machinery. Tomorrow is his last day of work, and he enters retirement.

Mark was born in Pico Rivera, California and grew up in the Los Angeles area. He met Karen while living in Anaheim Hills, the eastern part of Anaheim, California. Mark explained that his younger sister Robin went to school with Karen's older sister Debra. Then Mark's brother Richard met Debra and they started dating. Since Debra was spending so much time with Richard, Mark's sister Robin started hanging out with Debra's sister Karen, and that is how Mark met Karen. It ended up being brothers marrying sisters, as Mark married Karen and his brother Richard married Karen's sister Debra. Mark was 18 or 19 years old when he met Karen, who was 15 or 16 years old.

Mark and Karen married and first lived with Mark's grandmother, then bought their first home in Garden Gove, California. They had their first child, Leslie, and saw that Garden Grove was not where they wanted to raise children. The schools were not great and there were gang issues. They decided to move to a rural setting, in Norco, California. Mark was working at the Los Angeles Times, in

the pressroom, and Karen worked at the post office in Long Beach. While working at the post office, Karen became pregnant with Bob, and stopped working. Bob was born at the Fountain Valley Hospital, in Orange County. Mark said that during each of her pregnancies, Karen craved different foods. With Bob, it was hot fudge sundaes from Bob's Big Boy.

Karen delivered both Bob and Leslie by cesarean, Bob because he was breech. They both had jaundice. As babies, they both liked being in the swing. Mark said that Bob was a kid that liked to get into things, but he seemed pretty normal. The kids spent a lot of time with two of their cousins, Jennifer and Katherine, daughters of Rick and Debra. Rick and Debra worked at the post office and lived in Corona. They would drop their kids off to be cared for by Karen while they worked. They all played together like brother and sisters.

In Norco, the family lived on a half-acre and had horses. Mark said that neither he nor Karen knew anything about horses before they moved out there. Mark grew up as an inner-city kid in a gang-infested area, and always wanted to move out of the city. Karen had also grown up in cities, as an Army brat. They got their first taste of horses when a friend asked Mark to exercise his horse, and before they knew it, they bought a brown horse at a garage sale. They've now had horses for 30 years. Norco is the kind of place that doesn't have sidewalks, just horse trails.

Mark and Karen joined a horseback riding club called Saddle Sore Riders, the largest horseback club in Southern California, and Mark was president of the club at one point. There weren't many kids in the club, but Mark and Karen always brought Bob and Leslie along, and the members got used that. Mark's attitude was, "If the kids can't go, we're not going." They went horseback riding with the club every weekend and then bought an RV and would go horse camping, towing the horse trailer behind the RV.

Bob was riding on a horse, in a backpack, before he could walk. When he got too big for the backpack, Mark put him in the saddle behind him, tying him on, because Bob would fall asleep. Bob seemed to love being on the horses, and was more well-behaved on the horse than in any other place. By the time he was four or five years old, Bob was riding on his own.

They stayed in Norco until Bob was about six years old, and then moved to Colorado where Mark was offered a job as assistant production director at the Rocky Mountain News. Mark had never lived outside of California before, but Karen, who had grown up moving all the time, convinced him that they should go. They moved to Pine Junction, a mountain town at 8300 feet, located 30 or 40 miles from Denver. They lived in a log house on 2.5 acres. The horses lived in metal corrals, with no cover. There were riding trails in the neighborhood. They lived in Pine Junctions for almost four years, from 1993 to 1997.

Bob attended elementary school and did okay at school. He didn't struggle like

he did later in high school. He spent his time with the horses, playing in the dirt with the neighbor kids and rode sleds down the hill, as their house was on a slope.

The family moved to Texas when Bob was about 10 or 11 years old, when Mark got a job as the production director at the Fort Worth Star Telegram. They rented an apartment in Fort Worth for a short time, until they found a place in Crowley, Texas. Mark explained that when you're moving with horses, it's a slow process, taking five or six months to find a house. At that time, they had two horses and a pony. Leslie was old enough to ride one of the horses; Bob would ride the pony.

Bob attended elementary, middle school and high school in Crowley. He was also active in sports, starting with Peewee football while they lived in Colorado. Mark coached the team and also coached basketball and baseball when his kids played on teams. Bob did one season of baseball and a couple of seasons of basketball. When they moved to Texas, Bob wanted to play football again. He played Peewee football through the ninth grade and then played on the high school football team.

Mark said that his kids didn't have internet growing up, only dial-up, so there was not a lot of playing video games. They had a Nintendo, but the kids didn't play a lot. The kids didn't have computers or TVs in their rooms, even though they insisted that their friends all did. There was one computer the family shared, located in the dining room. Mark said that he never saw Bob accessing pornography, or doing anything inappropriate on the computer.

In high school, Bob was in the computer club, where they made robots, and seemed to really love that. He was also in the high school marching band. He had been playing trumpet since about the eighth grade. As a junior and senior, he moved into the jazz band.

Around the eighth, Bob started taking short cuts with his school work, thinking he was doing things the smart way. Mark would always say that he was Bob was, "the smartest dumb kid I've met." Bob didn't want to do his homework after learning he could still get a C without doing it. Mark and Karen met with the counselors. They wondered if he might have a drug problem or a learning disability, but the counselors couldn't find anything. As Bob's grades declined, Mark and Karen put pressure on him, telling him that he needed to make a choice between band and football so that he could focus on his school work. Bob chose to give up football. Mark said that was unfortunate, as Bob was a really good player and he believes that Bob could have gone to playing college football. He played center and was only injured once. That injury happened in junior high, when Bob was hit in the head and got "knocked silly." Mark believes he blacked out. In those days, the coaches were not very forthcoming about those kinds of things and Mark was not happy that they didn't let him know what happened.

During Bob's senior year of high school, they had a student from Germany come

to live with them as a foreign exchange student. With Leslie gone, they thought it would be good for Bob to have another high schooler in the house. Max was a very social kid. All of the girls loved him, and he played football. He and Bob got along great. Mark recalls that on Friday nights they'd go watch Max play football and Bob play in the band.

Bob did graduate from high school, but barely. When it came time for colleges, the choices were limited. Because of his grades: C's, B's and D's, the big colleges were out. Mark recalls that they went to North Texas and were told that Bob had great SAT and ACT scores, and that if he had done better in high school, he would have had a full scholarship. Through Karen's work with the band at the high school, she learned of a jazz band scholarship opportunity at Weatherford, a community college, and Bob received a scholarship there that covered half of his tuition.

Mark said that they didn't know what would happen with Bob at college, based on how he'd done in high school. Some kids are built for college and some aren't. Bob attended two semesters, then dropped out and went to live with Mark's sister Robin, and their parents. Robin had been living with their parents to help take care of them.

Robin moved out of her parent's house, got an apartment, and Bob moved in with her. He was working various jobs, at Target and Walmart. Mark said that their communication with Bob during this time was not great. Bob was living with his aunt because she had no rules, whereas there were rules at home.

Mark and Karen moved from Texas to Tennessee, purchasing a 10.5-acre farm about six or seven miles outside of Murphysboro. A company called Masthead, which moves heavy equipment such as printing presses, recruited Mark. Masthead was based in Arizona, but had an office in Nashville. Bob was still in Texas at the time, and Mark offered him seasonal work for Masthead as an apprentice machinist. Bob was part of a crew that would travel to various sites to cut down printing presses at newspapers, to address the resizing of the newspaper page, or they would dismantle and re-assemble the equipment. It was a dirty and nasty job, as the workers get covered in ink. Bob worked for Masthead for five or six months, traveling to work on a job in Mesa, Arizona and then one in New Jersey, before deciding that was not what he wanted to do. Bob was a good employee; he did what he was told. His biggest problem was sometimes oversleeping, like any teenager.

After working at Masthead, Bob moved to Boston, where he got a job at a bakery and was living with a group of guys. He wanted to attend a computer programing school called Full Sail, but Mark and Karen weren't up for paying for it, as Bob had not shown that he could finish what he started. Then Bob decided that he wanted to attend culinary school at Cordon Bleu. After a lot of discussing, Mark co-signed a loan. Bob graduated from the program with an A.A. degree.

Bob really liked cooking, and he was good at it. He worked for a restaurant called the Catalyst, and worked up to sous chef.

Back in Tennessee, Mark had a horseback riding accident. He fell off a horse and broke all of his ribs on one side, followed by a stay in the ICU for two weeks. Bob showed up to help out, as Mark was stuck in a chair after leaving the hospital. Bob handled all of the farm work that Mark usually did, cleaning corrals and the basic farm chores. As Mark started getting better, Bob decided to stay for a while, and got jobs at a couple of local restaurants. He didn't have a car, so would carpool with his sister, who worked as a vet tech. Bob worked at a restaurant called The Frothy Monkey and another called The Alley on the Square.

Bob stayed with his parents and sister Leslie in Murphysboro for about a year, and then Leslie decided she wanted to go to California because she could make more money there as a vet tech. Mark tried to explain the high cost of living there to her, but it didn't matter. Bob decided he wanted to go with her, looking for a different taste in the culinary arts. Every location has their own taste. He had already explored Boston and now wanted to try San Francisco. Bob's goal was to work oversees as well, maybe France.

Bob and Leslie got an apartment or a house with their cousin Jenny near San Francisco. Bob was working as a chef at a very expensive restaurant on the wharf. Mark recalls how he took the family to dinner there on one of Bob's days off and ended up spending $500, even with Bob's discount.

Bob seemed happy, content and was learning things working in San Francisco. He talked about one day returning to Boston and then oversees. And then the George Floyd situation came up, the riots, and the pandemic, and everything fell apart.

Bob explained that while Bob was working at the restaurant, he decided to buy an RV to live in, to save money. He went to Texas to buy it and it kept breaking down as he was driving it back to California. Mark recalls spending a lot of money and time with Bob on the phone as Bob was making the trip back. Because the trip back from Texas took so long due to the breakdowns, Bob lost his job at the restaurant. He started getting temporary cooking work through an app.

Bob's plan was to drive the RV to Cincinnati with his girlfriend Ashely, who was accepted to a college there. They began the trip to Cincinnati, but the RV broke down. Ashely's mom wasn't happy with the situation, and flew Ashley to Cincinnati. Bob lived in the RV, parked in front of Ashely's mother's house. *[Somewhere in the Bay Area, he doesn't know where.]* He was trying to save money to fix the RV so he could drive to Cincinnati to be with Ashley, then go to Boston to work as a chef.

Then there was the pandemic and the riots. Bob couldn't work because all of the restaurants were shut down due to the pandemic. Things with the riots got ugly, and Bob was very concerned, feeling vulnerable in the RV. Mark recalls a phone call with Bob in which Bob was describing the rioters being very close to his RV, either on the same street as Bob or one street over. Bob said that they were all over the neighborhood, and he was uncomfortable. It was getting crazy and the rioters were burning things. Bob said that he couldn't call the police, because they were too busy. Mark told Bob to just stay in the RV. Bob had bought himself a bullet-proof vest.  Mark also knew that Bob had a gun, which he wasn't unhappy about, in case Bob needed to protect himself.

Mark explained that on the way from Tennessee to California, Bob and Leslie stopped in Texas to visit Mark's sister. While in Texas, Bob bought a gun, a Glock 40. Bob told Mark that he had always wanted on. Mark said that as Bob was growing up, there were guns around. Mark had a six-shooter, mainly used as a prop for horse club events, and a shotgun. He didn't want guns to be a mystery to the kids, so he showed them how to fire a gun.

Bob lived in the RV for about six months to a year. Mark talked to Bob about once a week. Bob was just hunkered down in the RV, waiting things out.  He filed for unemployment but there was an issue because he wasn't a California resident. Mark thinks he got one check. Bob was also helping Ashely's mother, fixing walls and other things for her. He would call Mark to ask him how to do things.

Bob would talk about going camping with a group of ex-military guys. They would go out in the woods and shoot guns. Bob said that he would cook and barbeque for everyone on the camping trips. Mark doesn't remember the timing, but thinks it was around the time that the riots were happening.

Mark said that Bob was following some story on the Internet, he thinks Facebook, about a guy that he thought was done wrong. Mark doesn't know the details but he remembers telling Bob, "You don't even know this guy."

Regarding Bob's charges of sexting with an underage girl, Mark said that that does not sound like Bob. He has never shown any interest in young girls. Bob's girlfriend Ashley was around his age, maybe slightly younger. She was very nice, friendly, educated, a pre-med student. Mark thought that she was good for Bob, and maybe would push him a little.

Bob had a couple of girl acquaintances in high school, but doesn't know the extent of those relationships. Bob has never talked with Mark about his sexual activities or what he was interested in.

Now that Bob is in jail, Mark has a video call with him about twice a month. Bob

**Mark Blancas interview**
Page 7 of 7

also calls home about once a week. Mark is glad to see that Bob is taking care of himself. He got his teeth fixed and he is working out to improve his blood pressure and get in shape, as he's gotten heavier in jail. Bob is going to school, taking whatever classes he can, although classes are limited at the jail. He is working on a plan for when he gets out of prison, considering woodworking, or maybe going back to cooking. Bob is good with his hands and he is a very good cook. He wants to use his time in prison to prepare himself for a career so that when he gets out, he can move on from this and get on with the rest of his life.

Mark believes that Bob got hooked up in a bad situation, but doesn't feel like this is who Bob is. He is worked to death about Bob going to prison, and what could happen to him there.

Mark said that his retirement plans are to sell the ranch and move to a lake property, where they can build a new home.

End of report

# Exhibit G

# NUSS & ASSOCIATES

**Investigation and Mitigation**                                      **Cheryl Nuss**

343 Soquel Avenue #11, Santa Cruz, CA 95062
PHONE: (831) 345-5871   FAX: (831) 427-7595
EMAIL: cherylnuss@gmail.com
CA License PI21386

TO:          Alan Dressler

FROM:        Cheryl Nuss

SUBJECT:     **Robin Blancas**

RE:          USA v. Robert Blancas

DATE:        January 24, 2022

## Robin Blancas

On the above date, I interviewed Robin Blancas via Zoom. She is a paternal aunt of Robert Blancas, and provided the following:

Robin Blancas works as a sales specialist for Spectrum Cable. Robin is single, with no children.

Robin's older brother, Mark Blancas, is Robert's father. (Robin refers to Robert as Robert, Bob and Bobby.) Robin explained how Mark and Karen, Robert's mother, met. Robin's best friend was Debbie, Karen's sister. Debbie married Robin's brother Richard. Everyone got together for family dinners, and through that Mark began dating Karen. They were all living in Anaheim, California at the time.

Mark and Karen's first child is Leslie, and Robert is their second. Robin saw them regularly, and was there for Robert's birth, in Fountain Valley. At the time, Mark and Karen lived in Norco, California, and Robin lived close by, in Santa Ana.

Robin does not recall anything unusual about Karen's pregnancy with Robert, nor any issues with the birth. Robert seemed healthy and developed normally. Robins recalls that Robert was "all boy." The family had horses and Robert loved being out there with the horses and his dad. He would drive his Big Wheel on the driveway, and was into bugs.

When Robert was about six years old, the family moved to Pine, Colorado. Robin was living in Lake Havasu, Arizona at the time, and saw Robert and his family probably twice during the time they lived in Colorado, traveling there with her

parents and brother Richard, along with Richard's wife Debbie and their two children Katherine and Jennifer. Katherine is about the same age as Leslie, and Jennifer was born in 1981. Robert's family had a big piece of property and the kids were very outdoorsy. Always having adventures, playing in the creek, riding their bikes.

Robin doesn't recall how long Robert's family lived in Colorado, guessing that it might have been around five years. Next was a move to Crowley, Texas, where Mark got a job at the Star-Telegram in Ft. Worth. Robin and her parents moved to Crowley at the same time, and lived about a half mile away from Robert's family. Robin brought her parents to Texas because both of her parents were ill, her father with prostate cancer and her mother with breast cancer, and needed help with them from Mark. Robert was in middle school at the time, about 14 years old.

Robert's family lived on ten acres in Crowley, and Robert occupied his time with riding his bike, roller blading, and helping with the horses and cows. He and his mom played Nintendo together for two or three hours a day. They like to play Mario and Batman games. Mark was working a lot. At that point in his life, Robert wasn't spending time on the computer. That came later, after high school.

Asked about Robert's friends in middle school and high school, Robin said that he was in the marching band at school, and also played football, so he had that connection with other kids, but he didn't have friends over at his house much. Rather than going out to socialize with friends, Robert pretty much stayed home and spent time with his family. Robin explained that Karen was a very conscientious mother who kept an eye on her kids. She kept her kids close. They were very family oriented. Robin described Robert as charismatic, funny and witty. He didn't have any girlfriends, as far as Robin knew. The family probably would have teased him about that, so if he did, he didn't tell anyone.

When asked about maturity, Robin said that Robert was probably about average, but he was not really exposed to a lot of social scenarios growing up, as he spent most of his time with his family. He was more family oriented, and not street smart. Robin said that it was a different way than how she grew up, where if you wanted something, you had to go out and get it.

Robin said that Robert did well in school until his senior year of high school, then he lost interest. Robin said that she doesn't know for sure why, but explained that Robert's parents had a foreign exchange student from Germany staying with them at the time. The foreign exchange student was very popular at school, which Robert wasn't. In high school, Robert's goal was to create video games.

Robert got a band scholarship to Weatherford College (located about 25 miles from Crowley), but he only lasted one semester before he dropped out. He then came to live with Robin and her parents for about four months. Robin wanted Robert to work, but there was no transportation near where her parents lived, so

Robin Blancas interview
Page 3 of 7

she and Robert got an apartment together in Ft. Worth, where there was bus transportation and a Walmart right across the street. Robin wanted Robert to earn money and be responsible. His only prior job had been at Kroeger while attending college.

In Ft. Worth, Robert got a job in the produce department at Target. He helped contribute to the rent. Robert then left Target and got a job at Walmart, right across the street from their apartment. Robert's relationship with his parents was not great at the time. They were not happy that he had left college, so there was friction. They wanted him to find a path. Robin was trying to help Robert with that.

Mark then got Robert a traveling job at Masthead, where Robert worked retrofitting printing presses. He was gone for about four months, working on jobs in Wisconsin and Minnesota. Robin said that Robert was good at the job, but she doesn't think he liked it. He quit that job and came to live with Robin in Granbury, Texas for about two years. When asked what he did for those two years, Robin said, "nothing," except stay home and play a game on his computer called World of Warcraft. He didn't work at all during that time. Robert did help Robin around the house, and cook dinner, but most of the time he was on his computer with the "World of Warcraft crap." Robin said that was giving Robert a roof over his head and a safe place to stay while he was figuring out how to achieve what he was interested in, creating video game systems. Robin explained that Robert has good mechanical abilities. He turned a computer into an air conditioner, using the fan of the computer and connecting it with hoses to an ice chest. It was ingenious, and it worked.

Robin said that she is not aware of Robert being involved in anything sexual over the Internet. He never talked with her about kink, or other sexual practices.  As far as Robin saw, Robert was a gamer, focused on World of Warcraft. He would also surf You Tube a lot, watching stupid videos – funny slapstick videos, for example a dancer that kicked his leg up high, hit himself in the head, and fell. Robin recalls that when Robert's sister Leslie came to stay with them for about a month and a half, the two of them would stay up until 2 or 3 a.m., laughing over videos on You Tube. Robert and his sister are very close. Leslie stayed with Robin after she graduated, and was working as a vet clinic. She always wanted to be a veterinarian, and got her degree in biology. Leslie had planned to go to vet school but had difficulty concentrating because of her ADHD. She later moved in with her parents in Tennessee, and then went to San Francisco with Robert, where she now works as an emergency vet technician.

While living with Robin in Granbury, Robert decided to move to Boston. A couple of his friends from Arizona, who he had met playing World of Warcraft, had made plans to go there, and Robert decided to venture off, wanting to be in a place where he wasn't being overseen by his family. In Boston, he started working at a bakery and discovered a love for cooking, eventually attending and graduating from the Cordon Bleu culinary school, and then working at a restaurant in Boston. He was in Boston for maybe three years, Robin can't recall for sure.

In 2014, Robert's father Mark had a horse accident. He was bucked off a horse and stepped on, breaking several ribs and puncturing his lungs. "We almost lost him," Robin said. Robin explained that at that time, her father had dementia and was in a memory care center, and her mother's breast cancer had worsened. With Mark incapacitated, the family needed help, and Robert came back home to stay with parents and sister. They had moved to Tennessee by then, on 10 acres with a 21-horse boarding barn, where they boarded horses. Robert came home to help with the horses, the yard, and in caring for Mark, who was bedridden. Robin said that she was very thankful that Robert came home to help. As things improved with Mark, Robert got a job working at a restaurant called Frothy Monkey, in Franklin, TN.

Later, after Mark was doing better, Robert and his sister Leslie decided to move to San Francisco, leaving in July of 2015. They both knew there were more opportunities in California. Robert wanted to learn additional cooking skills in San Francisco, and Leslie knew that salaries for vet techs were higher there. They went to stay with their cousin Jenny, in Bay Point. Robert got a job at a restaurant called Coquetta, on the wharf in San Francisco.

Robert and Leslie lived with Jennifer for about a year, and then moved out and got an apartment with a friend. The apartment was on San Bruno Street in San Francisco. The friend moved out and Robert's girlfriend Ashley Mills moved in. That was late 2018 or early 2019. The three of them lived together for six months to a year. Then Leslie decided to move out and Ashely was ready to move to Cincinnati to attend medical school and do her residency. Robert and Ashley decided to get an RV to live in while Ashley was attending school in Cincinnati.

Three months later, Robert and Ashley were packing and getting ready to drive across country in the RV. It broke down in Bakersfield. Ashley's mother picked her up and drove her to San Francisco, then flew her and her belongings to Cincinnati. Robert parked the RV in front of Ashley's mother's house. He did odd jobs for her and also some temp cooking work. That was when things all went crazy, with the George Floyd situation.

On May 31, 2020, Robert began sending alarming text messages to the family group chat: "Riot in Hayward, heading toward me," and "Worst case I have a full can of bear mace and a lot of stuff to keep me safe." A family member replied, "Well, now we're all worried sick. Get the hell out of there." On June 1st, Robert sent messages about the curfew and looting, arrests of 80 people, and seizure of firearms and explosives. "They looted a gun shop and they've been shooting cops all night." Throughout the ordeal, Robert seemed scared and concerned. The family was also very worried about him.

Right after the "riot stuff," probably in late June 2020, Robert said that he had met some guys on the Internet. He said that in case there were a civil war, these guys were teaching people how to protect themselves. Robert said he went with them

on camping trips, where they did target practice. Robert did a lot of cooking for them, describing it as "man bonding." Robin said that she first became aware of this because normally they had a family game night, where everyone would log in and play video games together. Sometimes Robert was not available, explaining that he was "camping with the boys."

In late July 2020, Robert moved the RV to where Jenny and Leslie lived on 38th Avenue in San Francisco. Robin does not know why he moved there. He parked the RV on the street and had to keep moving it around, as there are limits as to how long you can keep a vehicle in one place.

In August 6, the FBI raided Jenny's house. Nobody told Robin about that at first, but she saw from Robert's phone usage (he's on her plan) that he hadn't been texting, calling or losing data. Robin called Leslie and Jenny, and talked to Robert, asking if he'd lost his phone. At that point, Robert wasn't willing to talk about it yet, still trying to figure things out. About a week later, Robin called Jenny and said that she was not asking her to break any trust, but wanted to see if Robert needed a new phone, which she sent. Shortly after that, Robert called and let his family now what had happened. He said that he had been arrested for having guns and was interrogated for eight or nine hours. He said he needed to go to court October 5th.

Robert didn't say why he had the guns. Robin knew that he had a handgun that he purchased in Texas on the way to California, to make sure he and his sister were safe, but she didn't know about any other guns. The only other guns she was aware of were the paintball guns he used in high school to play paintball with the foreign exchange student. They played on the family property.

Robin made sure that Robert understood that he needed to go to Court. He had an attorney. Robert said that when he went to court, the charge was dropped because the agent and the DA didn't show up.

Because of Jenny's place being raided, the landlord didn't want Robert there, so he moved to Robin's oldest brother Rick's house. Rick and Debbie live in San Francisco. Rick and Debbie were trying to help Robert to get his keys to the RV back because the police took the RV. Robert was served a restraining order regarding purchasing guns.

After about two weeks with Rick and Debbie in August 2020, Robert moved back to Jenny's, where he stayed until December 1st, when the FBI came a second time, and arrested him. While at Jenny's, Robert helped watch her two children, ages seven and one. He helped with home school for the older child and did some of the cooking.

At the time, Robert didn't really want to talk about his situation. His sister and cousin were paranoid that the FBI were listening in on their phones. They were all fearful.

When Robert was arrested the second time, they interrogated both him and Leslie, taking her cell phone, Kindle and computer. Mark called Robin and said that Robert had been arrested again, saying that this time it looked like he would not be getting out for a while.

Since Robert has been in jail, Robin does video visits with him every two weeks. She does not want to take more than her share of contact time with him, as there are other family that wants to communicate with him. Robert had COVID about two weeks ago.

Robin said that the changes she has seen in Robert since he's been in jail are 100 percent. He has been taking a finance class and is learning a lot. Robert was never a person who thought money was important, but now he is talking about life insurance, bankruptcy and creating his business plan. He is maturing in that area. Robin said that from taking the finance class Robert at first thought he should file for bankruptcy because he has about $1,200 in credit card debt. Karen explained to him that bankruptcy was for much larger debts, and he should not file for bankruptcy with such a small debt.

Robin has plans to start a woodworking business, and his been working diligently on his business plan. His goal is to create 20 unique pieces of furniture per week. He wants to create custom designed tables, organizer, board games and table tops.

Robert has told Robin that he never wants to go back to jail again. He says he doesn't want to deal with people because he can't tell if they are good people or bad people. He doesn't know who he can trust. Robin said that she believes that if Robert had experienced more socially during his high school years, he would have been more prepared for adult life. But he was socially sheltered.

Robin said that she never heard Robert express any interest in under-age girls. She recalls that he had a girlfriend he met on the World of Warcraft gaming site, but they were close in age. She was about 20 to 22-ish and Robert was maybe 25. They seemed about the same age. Robert brought her, and her guinea pigs, to live with them at Robin's house in about 2012, before Robert moved to Boston. Robin said that all of Robert's girlfriends that she knows about came from bad family situations. They would tell him stories about the bad parts of their lives, and Robert would want to help and save them. He drove to Kentucky to pick up the young woman with the guinea pigs, first staying with her and her grandmother for about a week, then brought her to stay with them in Texas. She was Vegan and wouldn't allow Robert to even eat ice cream. Robin would have to sneak Robert out to Arby's. Robin can't remember the young woman's name, but called her "Pita Chick" because she couldn't stand the smell of meat cooking, which is why she left after about one month. Robert drove her back to Kentucky.

Robert's girlfriend Ashely also came from a very dysfunctional family life, and

Robin Blancas interview
Page 7 of 7

Robert was trying to help her out. Robin recalls being on the phone with Robert and hearing a bunch of drama going on in the background between Ashley's mom and sister. The dysfunctional family situation was why Ashely moved in with Robert and Leslie. She was in college and needed a quiet place to study, as things were too chaotic at her house.

Robin said that she contacted Ashley to see if she might be willing to talk or write a letter on Robert's behalf, but Ashley said that the FBI threatened her medical career, so she is distancing herself from Robert.

When asked about Robert meeting all of his girlfriend on the Internet, Robin explained that Robert is not a bar hopper. He's a homebody.

Robin does not find it surprising that Robert wanted to help these young women who came from troubled backgrounds, as he has always been a person who likes to help people. He helped his father after the horse accident; he helped his cousin Jenny with her kids when he stayed with her. Robin recalls that they had some neighbors in Texas, before Robert moved to Boston, who used to do computer gaming with Robert. Robert would babysit their baby whenever they needed. He just likes to help people.

Robert is the kind of person who will give you every penny that he is. When "Pita Chick" stayed with them, she decided she wanted a garden. Robert bought her everything she needed to start the garden, burning through his entire unemployment money.

Robin said that she can tell from her contact with Robert that he is moving in a positive direction. He tells her about the classes he's taking and the books he's reading. He's applied to be a worker at the jail, but was denied. He also applied to work in the kitchen, but was denied. The guards are now trying to get him clearance so he can work.

End of report.