# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 22, 2022     **Time in Court:** 49 minutes     **Judge:** VINCE CHHABRIA

**Case No.**: 21-cr-00105-VC-1     **Case Name:** UNITED STATES v. Robert Jesus Blancas
21-cr-00122-VC-2

**Attorney for United States of America:** Eric Cheng
**Attorney for Defendant:** Alan Dressler
**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Kristen Melen     **Court Reporter:** Joan Columbini
**Interpreter:** N/A               **Probation Officer:** Jessica Goldsberry

## PROCEEDINGS

Sentencing - hearing held.

## RESULT OF HEARING

The Court adopted the PSR and the guideline calculation without change.

The parties provided argument regarding their respective positions on a proposed sentence.

Defendant is committed to the Bureau of Prisons for a term of 120 months as to the charge in case 21-cr-105-VC, to run consecutive to the term of 6 months for each of counts One, Two, and Four, all to run concurrently, in case 21-cr-121-VC, for a total of 126 months; followed by 10 years of supervised release, which consists of a term of 10 years as to case 21-cr-105-VC, and runs concurrent to the term of 3 years as to each count in case 21-cr-121-VC. A special assessment fee of $400 is imposed. The fine is waived. See Judgment for special conditions and forfeiture.

The Court recommended, based on the request of defense, to the Bureau of Prisons that Mr. Blancas be housed at a facility in Southern Oregon as long as one there is appropriate for him.