# Exhibit B

# NUSS & ASSOCIATES

**Investigation and Mitigation**      **Cheryl Nuss**

343 Soquel Avenue #11, Santa Cruz, CA 95062
PHONE: (831) 345-5871   FAX: (831) 427-7595
EMAIL: cherylnuss@gmail.com
CA License PI21386

TO:         Alan Dressler

FROM:      Cheryl Nuss

SUBJECT:  **Leslie Blancas**

RE:         USA v. Robert Blancas

DATE:      April 21, 2022

## Leslie Ann Blancas
870 35th Avenue
San Francisco, CA
415-513-3226
DOB: 2/10/1984

On the above date, I interviewed Leslie Blancas by telephone. She is Robert Blancas's older sister, and she provided the following:

Leslie Blancas works at an emergency veterinarian hospital as an emergency veterinarian technician/ nurse. She works the overnight shift. Leslie lives with her cousin, Jennifer "Jenny" Blancas, and Jennifer's children, Ethan (age 8) and Allan (age 2)

Leslie is three years older than Robert. They have no other siblings but grew up close to their cousins Jenny and Kathryn, thinking of them almost as siblings.

When asked to describe Robert (who she mainly calls "Bobby") as a child, Leslie said that he has always been a very loving, caring and thoughtful person. He was the kind of kid who, on family vacations, always made sure to buy souvenirs for everyone in the family – cousins, aunts and uncles, and even for the family members on the trip. Each gift was carefully paired to the person. Robert knew that Leslie loved animals, so one time bought her a stuffed Clydesdale horse. Or he would buy key chains with the person's name on it.

Leslie said that anytime she's ever needed help, Robert has been there, whether it was help fixing her car or just somebody to talk to about problems. Robert was there when his family needed him. In about 2014, Leslie and Robert's father had a horse accident, cracking several ribs near his spine. Leslie said that her parents were in denial regarding how much help they would need to not only care for her father but to also run their 10-acre farm where they lived in Murphysboro, Tennessee, needing care for their horses, cows and chicken. Leslie was living

with her parents but working fulltime at a veterinarian clinic. She called Robert, who was living in Boston and working at a high-end restaurant, and let him know that their parents were not going to ask for help, but they needed it. Their father's bones were not going to heal for six to eight months, and Leslie could not work fulltime, help care for her father, and also run the farm. Robert was the one who knew how to run the tractor. Robert completely uprooted himself from Boston, ruined his future career plans, and came home to help the family, despite the fact that he wasn't getting along that well with their parents. Robert came home and took care of the farm, the horses, whatever needed to be done. When their father was in surgery and somebody needed to be at the hospital around the clock, Robert and Leslie tag-teamed whatever needed to be done, including their father's laundry. Robert got a job in Franklin, at a restaurant called The Frothy Monkey and commuted there with Leslie, who worked at the vet clinic, so that they could take turns napping while the other one drove.

Leslie said that her family moved around a lot growing up. Their father worked in the pressroom at newspapers and, because he didn't have a college education, had to move from newspaper to newspaper in order to advance. He worked at the Los Angeles Times, the family living in Norco, until Leslie was ten years old, and they then moved to Colorado for three years, where he worked at the Rocky Mountain News. When Leslie was 13 years old, the family moved to Texas, first for a year in the Ft. Worth area, and then to Crowley. Every move was a reset for trying to make friends, which made Leslie and Robert closer to each other.

Leslie said that Robert was better than she was at making new friends when they moved to a new location. Robert has always been more personable and did well at meeting new kids. But the problem was that their mother was terrified of losing them, stressing the dangers of being kidnapped, so she kept them at home a lot. Her fears made it hard to do things with other kids. She would list off five chores they had to do before leaving the house to see friends, or have friends over. It started with cleaning their rooms, but expanded to where they would have to clean the whole house. It was too difficult to leave the house to hang out with friends, and it required an act of congress to have friends over. This left them socially isolated, as the only time they had with other kids was at school or extra-curricular activities, or the occasional neighbor. By the time Robert was in high school, he was already used to the habit of not hanging out with friends outside of school or school activities.

At home, Leslie and Robert played video games together. Robert would always make sure that he knew how to play a new game before offering to play it with his sister, so he'd win. Leslie would get mad at him and they'd end up in a wresting match. Robert would build things out of popsicle sticks and did paint ball.

Robert loved to cook with their mom and would wear a Chef Boy-R-Dee hat and Ninja Turtles apron when he helped in the kitchen. He loved the Swedish chef character on the Muppets. Robert used to do things like make their mother

breakfast in bed.

Robert was very close to their mom when he was younger, but then got called a "mama's boy," by their father, which soured his relationship with his mom. With his dad, Robert worked on engines, mechanical things together and also helped break the horses. Leslie and Robert did a lot outdoors as well. They would go on trail rides; Robert had his own horse. He would help catch the cows. Leslie and Robert had a dog that they trained to do tricks. Robert loved to cuddle with the dog.

Being the older sister, Leslie was put in charge of watching Robert when their parents went on errands, which was frequent. Leslie feels that putting her in that role hurt her relationship with Robert. Robert didn't do anything crazy, like breaking things or hurting anyone, but sometimes he was mischievous, like watching TV when their parents said he wasn't supposed to, and Leslie would get in trouble for it. Leslie said that she feels bad now because she remembers how much Robert looked up to her, parading around the house in her old costumes and dresses, but because she had to be in charge of him while her parents were gone, he felt like she was always on their parents' side. Later, she tried to repair their relationship, telling him, "I just want to be your sister."

Asked how Robert did at school, Leslie said that she believes he was bored. He was the type of student who didn't really need to study to pass the test, so he didn't do his homework, which created tension with their parents. He should have been in a gifted program or taking AP classes. Robert did take a college class while in high school, but didn't have his own transportation, so relied on his mother or sister to get him to class. Leslie said that both she and her mother are always late to things, so Robert wasn't able to complete the class.

Leslie said that she never knew of any girlfriends Robert had in high school, if he had any. He learned from watching Leslie's experiences, not to bring any romantic interests home. When Leslie brought her first boyfriend home, Robert saw how that went down. Leslie explained that they had to have a sit-down dinner with the whole family and that her mom is a prankster who sometimes takes things too far. Leslie's mom told her new boyfriend that he was in the electric chair and had to answer truthfully all of their questions. Leslie said that their mom tends to get overly involved and Leslie stopped confiding in her after her mom's reaction when Leslie told her she had a relationship with a girl in college.

Leslie said that she's never been interested in her brother's sexual relationships, as that is his own business. He meets so many people online that Leslie doesn't know if they are friends, girlfriends or people he's gaming with. Because of not being able to go out and hang out with friends when they were younger, they found it was easier to have friends online than in person. By the time he was in high school, Robert was accustomed to becoming friends with other players of online games and socializing through chat room.

Robert's first girlfriend that Leslie was aware of was named Malia, from Havasu City, Arizona. Leslie doesn't know how they met. Robert was living with his Aunt Robin at the time. Leslie met Malia once and could see that Robert was really attached to her because when something happened between them, Robert got depressed. Robert's next girlfriend was from Kentucky. Robert brought her to live with him at their Aunt Robin's house. The girlfriend was a vegan and turned Robert into a Vegan. Leslie said that the girls that Robert dated were all age-appropriate, not younger than 18. He tended to get involved with girls who had problems at home, and he would try to help them.

Leslie would see Robert on weekends, when she would also stay with their aunt. At that time, she was trying to repair her relationship with Robert. She was trying to get him back to college. Leslie explained that their parents weren't supportive of Robert going to the colleges that he wanted to go to, partly because of money, as college was an expense they hadn't planned for. Robert wanted to go to a college called Full Sail, where he could study game graphics, or enroll in a program to study pyrotechnics, another area he was interested in. Instead, Robert ended up going to Weatherford College on a band scholarship, which was not something he was that interested in, so he dropped out. Their dad got Robert a job as a machinist, but Robert was not passionate about that. He was a rudderless boat, similar to what Leslie went through.

Leslie explained that she had also had disappointment with her secondary education. She had planned to become a veterinarian, but because her parents had not financially planned for their education, and stopped funding college her junior year, she had to work fulltime. Leslie's grades suffered to the point where she could not get accepted into a veterinarian program. Leslie explained that she has ADHD, so also did not test well. After that disappointment, she had no plan B, but her parents were pushing her to get fulltime employment. She began working as a veterinary technician.

After Robert left college, he tried to establish himself as an adult. Instead of moving back to their parents' house, Robert moved in with his Aunt Robin and his grandparents. But there was friction with their grandmother about Robert not cleaning his room, so he and his aunt moved out and got an apartment together.

Robert felt the need to establish himself as an adult because, as with Leslie's experience, it seemed that their parents were having a hard time accepting the transition from child to adult. While Robert was in college, there was a time when he didn't answer his phone. Their mom called Robert's job and also the campus police, who found him in his room playing video games. She was angry about that, to the point where she was going to pull him out of college.

Leslie encouraged Robert to look in the direction of doing something that he loved. She told him, "You love cooking," reminding him that he was always in the kitchen growing up, wearing that chef hat. She pushed him to go to culinary

school. Robert was 26 years old by then. Leslie told him he could get student loans, that he didn't need to ask their parents for help. Robert spent three months thinking about it before he made the decision to move to Boston. He knew it was expensive to live there and didn't know if he'd be able to do it.

In Boston, Robert enrolled in the culinary program at Le Cordon Bleu. It turned out that because it was a trade school, there was no financial assistance through FASFA, but their father co-signed on a student loan. After graduating from Le Cordon Bleu, he got a fulltime job cooking at a good restaurant.

Robert's chef career in Boston ended when Leslie asked him to come home to help the family after their father's horse accident. Both Leslie and her mother were working fulltime, and could not do everything needed to care for Leslie's father and the farm. Leslie's father was "Mr. Tough Guy," and didn't want to ask for help. Instead, he put pressure on Leslie to do everything – work fulltime at the vet clinic, plus take care of the farm, telling her, "Don't you drag your brother into this." Leslie couldn't do it all, so called Robert asking for help. She was afraid to tell her parents that Robert was coming to help, so they thought he was there because he had lost his job in Boston. Their father treated Robert as if they were saving him by letting him move back home. Robert had had reservations about coming to help, but knew they needed it, so said, "I'll make it work." Leslie recalled that Robert moved back right around the time of the Boston Marathon bombing.[1]

After a while at their parent's house, helping as much as they could, Leslie and Robert decided to move to California. The relationship with their parents had become difficult, as their mother is very over-bearing. She was having a hard time accepting that Leslie and Robert were adults. Leslie was in her 30's at that point, and her mother insisted that she be home every morning and night to feed the horses, so she could never spend the night with friends. Their mom was trying to control Robert's life as well. They would get into arguments because Robert liked to smoke Pakistani flavored tobacco in a hookah pipe. Their mom started going through Robert's room, and throwing his stuff away, ignoring the fact that he was an adult.

When Leslie and Robert talked about leaving Tennessee, Leslie remembered that her happiest memories were from when her family lived in California, so wanted to go there. They still had family there, cousins Jennifer and Kathryn, who they had grown up with in Norco, California, almost as siblings, as Leslie's mom used to babysit her cousins while their parents worked. Robert wanted to return to Boston, to continue working as a chef, and they suggested they move there, but Leslie wanted the security blanket of family, so chose California. She felt obligated to bring Robert along, as he had given up his job in Boston to help her out with their parents.

---

[1] April 15, 2013

In California, Leslie and Robert moved with their cousin Jenny, and they all lived together in Bay Point[2] from about 2014 to 2016. Robert got a job at a restaurant called Coqueta in San Francisco.

Robert met his girlfriend Ashley in 2015, and she started staying with them in the Bay Point House.

Robert's commute from Bay Point to San Francisco was long. He took the Bart train system, which kept having problems, and Robert was afraid he could lose his job because of transportation problems. So, in 2016, Leslie, Robert and Robert's friend Lawrence Morris, who went by "Alex" moved to 3090 San Bruno Avenue, in San Francisco, so that Robert could be closer to work.

Ashley also moved into the house on San Bruno, despite Leslie's reluctance. Leslie was already worried about the cost of the apartment and she saw Ashley as one more mouth to feed, more electricity used, etc... There was tension between Leslie and Ashley because Ashley was supposed to be there for weekends only, and only when Robert was home, but she ended up moving in. Even though Ashely worked, she did not contribute financially to the apartment, as she was saving her money for medical school.

Leslie described Ashley as "an over-sharer." Ashley told Leslie that she and Robert were polyamorous and that they were into "Daddy Little" stuff as well as Kink stuff. Leslie said that she was curious, so she went to a Kink coffee shop, as well as to another shop called LS Leather. There's something for everybody in San Francisco.

Leslie recalled that when she asked Robert about being polyamorous, and what that meant, he commented, "Why would my romantic relationship give me the right to control someone's genitals or any aspect of that person in any way?"

Asked about Daddy Little, Leslie said that she would come home from work and see Ashley dressed in "onesies," carrying around a blanket and teddy bears, drinking out of a baby bottle. This happened all the time, two or three times a week. Ashely would be talking in a baby voice and Robert would play the role of her parent, reminding her to do her homework or he would give her consequences. Sometimes the consequences were not watching movies. As for other consequences during role play in their bedroom, Leslie doesn't know. Leslie knows that Robert had some tools for bondage. He bought a crop when they went to LS Leather. Both Robert and Ashley were into it. It was mutual, consensual. Robert didn't wear any type of costume, like Ashley did, but was usually in his boxers. Leslie said that it was normal for them to be down to their underwear in the house. Leslie would walk around in her bra and panties.

---

[2] Located in the East Bay region of the San Francisco Bay Area, west of Pittsburg and northeast of Concord.

Leslie said that Ashley would invite her girlfriends to have sleepovers at the house, where they'd do each other's hair and nails. Ashley would wear a onesie, and put her hair in pigtails. Robert wasn't part of this; he was at work.

Sometimes one of Ashley's girlfriends, who acted similarly to Ashley, would come over and the two of them would dress up in "onesies." Sometimes Robert was home, and the three of them would hang out together, and sometimes he would be at work. Ashley also had another boyfriend, and with that boyfriend she would go on "swinging" dates, where they would have sex with other people. This other boyfriend was married, and Leslie believes that he was also into Daddy Little. Leslie learned all about this from Ashley.

Leslie wasn't that surprised when she learned that Robert was into Kink. He had been using the Whisper app, which has a Kink section. Leslie said that whatever Robert and Ashley did was mutually consensual, and she didn't care what they did, as it was their business and nobody was getting hurt. She just didn't want to hear or see it. The only physical interaction she ever saw between Robert and Ashley was just normal boyfriend/ girlfriend stuff, just quick smooches. Leslie said that one time she did hear what sounded like slapping noises coming from the bedroom, and she told them to stop, that she didn't want to hear their sex life. Ashley got embarrassed, and apologized.

Leslie said that the case Robert is involved in is surprising to her because Robert is a big proponent of stopping pedophilia. He was part of an online group of people who were investigation some cops in Oklahoma who were part of a pedophilia ring.

Since Leslie knew Robert was dating women he met on the Internet, she and Robert talked many times about making sure they were 18. Leslie asked him how he made sure of that. Robert told her that they were all on websites where you had to be 18 years old.

Leslie said that she might have talked to the girl involved in this case; she isn't sure. Robert would talk to people all over the world and would sometimes randomly put the person on speaker and say, "This is my sister." Leslie would say "Hi" but that was about it.

Leslie said that Robert has always been attracted to role-playing online games. They used to play games involving wizards in a fantasy world, like Elder Scrolls. Robert liked Animae and Legends of Dragoon. Leslie said that they way they grew up on farms, playing video games was their escape from field work. During the years that they couldn't have friends over, they had to find something else to do, and video games filled that gap. Robert also played Dungeons and Dragons. He's played for years and has been a dragon master, even since he's been in jail. He builds the story and organizes players who interact with the story.

Leslie and Robert lived on San Bruno Avenue for three or four years. At the end, there was a lot of tension, not only because of Ashley living there without Leslie's approval, but Lawrence "Alex" also moved in his girlfriend without permission. Then Lawrence stopped paying rent, and eventually left. It was hard to find another roommate to fill that spot because of the location.

Leslie moved on her own, renting a room in a house on Grafton Avenue. Robert lived in his RV parked in front of Ashley's mother's house. He had lost his job at Coqueta, a job he held since they had moved to California, because of the RV breaking down on his way back from Texas, where he purchased it. Robert had bought the RV so that he could drive Ashley to Ohio, where she had been accepted into medical school.

Robert always helped Ashley a lot, with her mental health issues and with her family issues. When she was applying to medical schools, Ashley would get disheartened. It was an emotional process for her. Robert helped Ashley keep going, offering her encouragement to not give up. Ashley had a self-harm problem, cutting herself. Leslie believes that depression was involved, and Ashley had a lot of problems with her family unit. Her sister was verbally and emotionally abusive towards Ashley. She had also lost both of her grandparents. Robert always supported Ashley emotionally. He would have conversations with her to help give her confidence to make tough decisions. He would cheer her up by taking her to the movies, buying her gifts, making her dinner. When Ashley had her girlfriends over, Robert would make food for them. Robert also ran interference between Leslie and Ashley, as there was tension between them about Ashley staying at the house. Robert even helped out Ashley's mother, helping her repair her house.

With the RV loaded up, Robert set off on the trip to Ohio with Ashley, planning to drive her to the medical school she would attend. They had a U-Haul trailer attached to the RV. The RV broke down in Bakersfield. Ashely's mom went down to pick up Ashely and flew her to Ohio. Robert was stuck living in a broken RV, parked in front of Ashley's mother's house. By this time, Leslie was living in the place on Grafton Avenue.

In February 2020, Leslie moved to her current address on 38th Avenue. Her cousin Jennifer moved in at the end of March. Robert was still living in the RV. Then, Leslie and her cousin Jenny brought him, and his RV, to their place. He parked the RV on the street, and had to constantly move it around to avoid tickets. Sometimes it was too late to walk back to his RV, so he slept in the house.

Asked what she knew about the Boogaloo Boys, Leslie said that Robert has always been very Libertarian, which she described as wanting small government, freedom, providing individual freedom, basically "leave me alone and don't take my stuff." Leslie describes herself as a Libertarian as well. Leslie said that Robert has always been into fairness, and feels like the system isn't fair. It's not that he

doesn't want any government, but he wants it to be as small as possible.

After Robert lost his job because of the RV breakdown, and then had difficulty getting work because of the COVID shut down, he started going camping with a group of guys. Leslie explained that in Texas, guys going out camping with guns is normal. Six-year-olds are taught how to shoot, but in California, guns are scary. Robert went out with these guys on what he called camping trips. He invited Leslie to go, but she couldn't make it because of work. Robert said that they did some shooting on the trips, but that didn't surprise Leslie. Robert always had an interest in military/ police stuff. He thought about being on a SWAT team. He looked joining the military but when they told him he'd have to get down to 10 percent body fat, he didn't think that was healthy. Robert has always had respect for police and military, and from what Robert said, the guys he was camping with were ex-military. Living in Texas, Robert and Leslie knew a lot of military veterans, including both of their grandfathers. Their maternal grandfather was a Vietnam Veteran, and would tell Robert war stories. Robert always had an interest in war stuff. He would read about the Civil War and was working on creating a Dungeons and Dragons civil war game. He also played war video games.

Before going out with the camping group, Robert had mentioned Boogaloo, that it was a thing, that it started as a meme. This was before Ledbetter[3] happened. Robert had heard about Area 51[4] on the Internet, that there was a group of people who were going to storm Area 51.

Robert was living in his RV when "the George Floyd shit" happened. That was scary for him, being cornered in his RV as they were burning stuff around him. He told the family, "I'm surrounded." Leslie was glad that Robert had some body armor. Their mom was telling him to get out. Robert just hunkered down and let it pass.

After Robert was arrested at the house on 38th Avenue, he lost access to his RV, as the FBI had the key, so he stayed with Leslie and Jenny. Robert was phenomenally helpful with Jenny's children. Jenny had given birth to her second son, Allan by then, and Robert made him homemade baby food. He helped teach sign language to Allan, so he could communicate when he was hungry. That saved him from so many tantrums. Robert was really good with Jenny's other son, Ethan, as well. Ethan was six or seven years old, being homeschooled because of the pandemic, and Robert took on helping him with his school work.

---

[3] Per The Oklahoman, Christopher Steven Ledbetter, 29, is accused in Oklahoma City federal court of illegally possessing a fully automated machine gun. His supporters say the Marine veteran is a peaceful man, who has been targeted because he stood up for his family in their ongoing dispute with McLoud police.

[4] Per Wikipedia, Area 51 is the common name of a highly classified United States Air Force facility within the Nevada Test and Training Range.

Leslie said that they didn't tell her parents about Robert's arrest for two weeks because they were in shock. "We're not people who get in trouble with the law," she said. The worst trouble that Robert had been in before was regarding parking tickets in Arizona.

End of report.



**Exhibit C**

639 Foerster St
San Francisco, CA 94127
January 26, 2022

The Honorable Vince Chhabria
San Francisco Courthouse
Courtroom 4 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Character Statement about Robert Blancas

Your Honor:

Thank you for the opportunity to provide a character statement regarding my nephew,
Robert Blancas. I understand he has pleaded guilty to Conspiracy to Destroy Records
of an Official Proceeding and Enticement of a Minor.

Robert's relationship with his parents—my husband's brother, **Mark**, and my sister,
**Karen**— is best described as difficult. During their years as a family unit I know they all
loved each other and still do but the relationships were and are toxic. Not due to drugs
or alcohol, but rather personality and behavior. Mark can be nice, especially with his
friends or people he's trying to impress, but he is also quick to anger, stubborn,
controlling and confrontational. He is a big man who is the typical male chauvinist. As
such, he didn't respect Karen, often siding against her in family arguments with the
kids or her in-laws. Compared to himself as a newspaper press journeyman, he never
considered what she held as a "real" job, whether it be sales clerk, school cafeteria
worker, principal's assistant, or customer service representative. He is insensitive to
others' feelings or pains. Telling you to "get over it," if you're complaining. After three
days at home recovering from a cesarean birth with Robert, Mark was irritated when
Karen was still hobbling around and didn't have a hot meal for him at the table when he
got home from work.

Karen, on the other hand, likes to have fun. Quick to laugh, but she also derives
satisfaction from taunting and teasing. She'll offer you a candy and then snatch it away
before you can take it. She is inconsistent; for example, one day it's ok for the kids to
run and chase through the house and the next day it isn't.

Preferring to live in rural areas since the mid-to-late eighties, Mark is an ardent 2nd
Amendment supporter, whose political passions got him kicked off of Facebook over a
year ago. Karen too, although she recently rejoined Facebook on January 3, 2022. [See
Facebook "Screen Grab" Exhibits 1 & 2] As you can see from the exhibits, she is not in
the least apologetic about the behavior that got her kicked off, in fact, just the

opposite. She refers to herself as a Facebook Jail Inmate, Repeat Offender, which I find distressing given her son's circumstances.

I think both Mark and Karen share sociopathic tendencies. They are inconsiderate and choose their own happiness over anyone else's, even their children. They couldn't care less about the feelings or plight of others. Of course, with all this as a basis, I consider their parenting skills substandard. They demanded respect and obedience from Robert and Leslie with no complaining. To their credit, however, Mark and Karen were good providers, working steadily. Their children always had the proverbial food in their bellies, clothes on their backs and roof over their heads.

When Robert was in the 3rd grade he had a crush on a girl. His family teased him about it to the extent he never revealed when he liked a girl again. Favorite toys would be taken away as punishment. So, he learned not to express a desire for or create an attachment to anything. The kids weren't allowed to express their feelings. Instead, they held everything inside, building resentments. When he was a teenager, Robert confided in my husband and me that he was biding his time until he could get away.

Robert was a sophomore or junior in high school when his sister, **Leslie,** left for college. So, his mother thought it would be a great idea to host a male foreign exchange student the same age as Robert so he would have a friend and not be lonely. But, this situation actually created a lot of additional conflict in Robert's life because 1) the exchange student didn't have to share any of the—now doubled-since-his-sister-left— chores Robert had to do on the family's big horse property, 2) the student became very popular at Robert's high school and 3) the student became a basis to whom the parents compared Robert. I am not sure the two ever became friends, actually. Robert told me a couple of years ago he felt very resentful about it and still does.

I'll take a moment here to describe Robert. Despite a difficult upbringing, Robert has—I know this sounds trite, but *true*—a good heart. He has always been respectful to me even when we have gotten in heated political discussions, by deferring to me as his elder or by simply walking away. He does use colorful language, but will restrain himself around children. He has always taken his jobs in the restaurant industry seriously despite the hard work, late-night hours and low pay. He enjoys preparing and serving food to others. I remember when as a kid of about 8 or 9 he asked me if I wanted a refill on my coffee, got the coffee pot and took extra care not to spill a drop while pouring it. He always offered to help when he saw me carrying heavy things or bags of groceries, sometimes taking the bags from the car without my asking. Robert is generous, when he has money. He would bring us souvenirs from trips he has taken. And wouldn't hold back when hosting get togethers, spending a lot of money on food and drink without expecting anything in return and taking great pride in being a good host. When staying with my daughter in San Francisco he happily stepped up

while she was working to help supervise her 2nd-grader son during his online school class meetings and to ensure he finished his homework. He also enjoyed babysitting her 1-year-old son. He's great with animals: horses, chickens, dogs, cats, you name it. Finally, Robert's big hobby is games. Although he'll play video games, he's more interested in board games with people, particularly games which haven't gotten to market yet. And also role-playing games, like Dungeons and Dragons, where he enjoys leading the activity and getting people together to play. I've never heard him express hatred about anyone, even while angry at his parents. Despite all the difficulties he's had, he rarely complains and still manages to move forward and have a positive outlook. Finally, I want to emphasize I have NEVER known Robert to take drugs, drink to excess, or exhibit any violence toward anyone. (I'm sorry, but I have to say it: that is why I find it so hard to believe he is in jail. I can't believe he faces a lifetime sentence when he didn't steal anything or kill or even touch anyone. However, I get it: the law is the law.)

After high school Robert pursued the culinary program at the Le Cordon Bleu College of Culinary Arts in Boston. [See Facebook "Screen Grab" Exhibit 3] Upon graduation in 2012, he landed a satisfying job at an upscale restaurant there and was very happy for a time. But, life intruded when his father sustained very serious injuries from falling off of a horse. After Mark came home from the hospital, Leslie, who was living at there at the time, was so stressed from the extra burden of care that she begged Robert to come back home to help. So despite his misgivings, he gave up his job in Massachusetts and moved back home to Tennessee.

Not soon after, the relationship went sour again between their parents and them. Robert and his sister decided to move to the San Francisco Bay Area to be near relatives and ended up sharing an apartment with a friend in San Francisco.

Things were great for a while. Robert had once again gotten a job at an upscale restaurant, this time in San Francisco. He found a girlfriend, **Ashley**, whom I got to know and really liked, thinking she was "The One." Robert would invite us all over for game nights or big get-togethers where he used his talents as a chef to create a "spread," as he called it. So hospitable, he never wanted us to lift a finger and would shoo me out of the kitchen when I tried to help, either with preparation or clean up.

But, financial pressures proved to be too great when the friend quit paying rent and moved out. Robert began to have trouble paying his now-increased share of the rent. Leslie got tired of his late and missed rent payments, and decided to be free of the apartment and her brother. Since Robert couldn't afford rent by himself, at a relative's suggestion, he chose buy and live in an ancient RV. But, he had such problems and delays moving the junker from Texas to the Bay Area that he lost the job he had been so

proud of. Once he got back to the Bay Area he had trouble finding regular employment and began taking short-term "gig" cooking jobs. The one bright spot: he still had his girlfriend, Ashley, although the relationship became strained, as you can imagine. All of this happened before he started up with the Boogaloo Facebook group.

I think his father's passion is what drives Robert's interest in 2nd Amendment rights and guns, which, in turn, helped lead him to the Boogaloo Facebook group. Initially when he began finding out about the Boogaloos, he kept telling me how funny he thought it was. He got a kick out of the play on words for Boogaloo—Big Luau and Big Igloo—and the wearing of related-themed Hawaiian shirts and patches. Now, he finally was meeting people in the Bay Area who shared his politics and ideas about 2nd Amendment rights. When I told him I had reservations about them, he told me not to worry, just think of it as getting together, drinking beer, shooting the shit with the guys and target practice, etc. We agreed to call it "man scouts," since he didn't get to do Boy Scouts. He was excited to learn to hunt with them and acquire survival skills to be self-sufficient, which I thought reasonable. He bought a culinary book about cooking game, even. (In September 2021 when we were cleaning out Robert's RV to donate, I found a used target practice sheet in his belongings. It had a silhouette of a *squirrel* on it, *not* a human.) In fact, he invited my husband and myself to come with them for the weekend to camp, practice shooting targets and learn other skills, like first aid. My husband and I politely declined since, not only were we so much older than they, but, more importantly, we're uncomfortable being around people with guns. I think it was all fun and games to him, that is until it got real, when Steven Carrillo murdered those officers.

I had heard about the murders from the news. I was concerned because Carrillo was identified as a possible Boogaloo guy. At the time I was wondering if he belonged to Robert's group, but hoping against hope that he didn't. In retrospect, I realize today when the news broke about Carrillo's possible connection to the Bugaloos, I should have immediately called Robert and asked him directly if he knew Carrillo. Regrettably, I didn't. I found out in late August 2020 Carrillo was, indeed, part of the same group. Unbeknownst to us, Robert had been staying with his sister and her roommate, my daughter, since the authorities seized his RV keys as part of FBI activities. When his sister and my daughter asked him to leave, he in turn asked if he could stay with us, which he did in late August until the authorities returned his RV keys about a week later in early September. That is when my husband and I found out from Robert he—not only knew Carrillo—but he was in legal trouble, as well. I asked if he had had any clue from Carrillo's behavior he might do what he did? Robert raised his voice and responded, "How was I to know he was going to go off?!" He claimed he didn't know him very well, although he said Carrillo did show him how to put a weapon together. I backed off because I could tell he didn't want to talk about it.

In regards to the enticement of a minor charge, having two daughters myself, I was and still am completely shocked about the revelation. Like I mentioned before, I thought his

girlfriend, Ashley, was "The One." Anyway, I know Robert is embarrassed by this crime as we all are. I find it difficult to even think about it. I am relieved my husband and I had our children and raised them in an era where we didn't have the threat of the dangers of the internet lurking constantly, like today. My sympathies in this matter lie completely with the victim and her family.

Robert and I talk occasionally and engage in video visits via the jail's communications system. I know Robert has gotten a big dose of reality over this past year as an inmate, not only learning that serious actions have serious consequences but also learning not to be so cavalier when choosing "friends." I believe he will turn his life around given the chance as he has shown initiative at the jail between enrolling in classes, such as money management and entrepreneurship. And, reading self-improvement books, like The Seven Habits of Highly Effective People and engaging in self-improvement projects, like exercising and trying to learn to communicate better. He is focused on keeping to himself and staying out of trouble. He wants to study woodworking with the goal of starting a business with this skill once he gets out.

In conclusion, I feel sorry for Robert. First off, he has lost everything, including his girlfriend, when he was riding so high and proud of himself. Second, he had a crappy family life. Third, he was betrayed by his sister, the person he loves the most. Not only did she ask him to sacrifice everything in Massachusetts when he needed help, but she then kicked him out *twice* in such a high-rent area as San Francisco. Fourth, in his naïveté about choosing "friends." Fifth, that his parents who have so much, decided after an initial outset not to contribute money to his defense. And finally, in his panic and ignorance in the law: in trying to wash his hands and distance himself from Carrillo, not realizing he was obstructing an official proceeding by deleting anything tied to Carrillo. And also not realizing that fully cooperating with an interrogation is one of the worst things you can do to compromise yourself legally. (Forgive me, but unless you have taken law classes or have gotten legal council, where do you learn this legal stuff? I wasn't taught that in high school nor in my business law class in college. When malfeasance is found in government, or business, oftentimes I notice on TV news reports on employees are given orders to retain records. Was Robert given such an order? I remember Ollie North shredding government documents. Did anything happen to him?)

Anyway, I hope Your Honor grants leniency to Robert, seeing how did cooperate fully with the authorities and accepted responsibility by pleading guilty to all charges. I believe he will make the best of it if given the opportunity to rejoin society. I haven't given up on him. As long as we're still around, my husband and I will still welcome Robert into our home to help him get back on his feet and move forward. Fortunately, he has a good attitude and still believes he has a future. He is currently trying to turn his life around by making the best use of his time and taking full advantage of the resources at

the Santa Rita Jail. The last time I saw him in person before his detention there, as we were saying our goodbyes, he wondered aloud if he was still welcome in our home. I told him then, and stand by it now, "Bob, *you* are always welcome here as long as the "*crap*" stays out."

I hope my statement has provided The Court with information of value. I can be reached at (415) 307-7450 to answer any questions. Thank you, Your Honor, for your consideration.

Sincerely,

Deborah K. Blancas

Enclosures:
Exhibit 1 Photo Facebook "Screen Grab" dated January 25, 2022
Exhibit 2 Photo Facebook "Screen Grab" dated January 25, 2022
Exhibit 3 Photo Facebook "Screen Grab" dated January 25, 2022

Exhibit 1: Facebook "Screen Grab" dated January 25, 2022



**Karen Blancas** (Karen Walker)

Customer Service Representative (CSR) at IDEAL-TRIDON Clamps

From Nashville, Tennessee

Karen Blancas' Facebook Content

Exhibit 2: Facebook "Screen Grab" dated January 25, 2022



Karen Blancas' Facebook content

Exhibit 2: Facebook "Screen Grab" dated January 25, 2022



Karen Blancas' Facebook content

Exhibit 3: Facebook "Screen Grab" dated January 25, 2022



Robert Blancas and his father at his 2012 Le Cordon Bleu graduation